**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas (Fort Worth Div.)__
(State)

Case number (If known): __22-_____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  NGV Global Group, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  8 4 – 2 9 2 9 7 2 3

4. **Debtor's address**

   **Principal place of business**
   10733 Spangler Road
   Number    Street

   Dallas    TX    75222
   City    State    ZIP Code

   Dallas
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**  https://ngvglobalgroup.com

Debtor  **NGV Global Group, Inc.**                                                Case number (*if known*) ____22-_____
         Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>[ ] Partnership (excluding LLP)<br>[ ] Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>[ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>[ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>[ ] Railroad (as defined in 11 U.S.C. § 101(44))<br>[ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>[ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>[ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>[X] None of the above<br><br>B. *Check all that apply:*<br>[ ] Tax-exempt entity (as described in 26 U.S.C. § 501)<br>[ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>[ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  _5_ _5_ _1_ _1_ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>[ ] Chapter 7<br>[ ] Chapter 9<br>[X] Chapter 11. *Check all that apply*:<br>   [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   [ ] A plan is being filed with this petition.<br>   [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>[ ] Chapter 12 |

Debtor __NGV Global Group, Inc._____ Case number (if known) __22-_____
      Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When __/__/____ Case number _____
District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor _See attached List of Affiliates_ Relationship _Affiliates_
District _Northern District of TX - Fort Worth Div._ When __/__/____
Case number, if known _22-_____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number    Street
    _____
    _____ _____
    City    State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

Debtor  NGV Global Group, Inc.  Case number (if known) 22-_____
_____Name_____

13. **Debtor's estimation of available funds**

    Check one:
    - [X] Funds will be available for distribution to unsecured creditors.
    - [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
    - [ ] 1-49
    - [X] 50-99
    - [ ] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5,001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. **Estimated assets**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [ ] $1,000,001-$10 million
    - [X] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

16. **Estimated liabilities**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [ ] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [X] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  11/17/2022
                 MM / DD / YYYY

    X _____[signature]_____                              Farroukh Zaidi
    Signature of authorized representative of debtor     Printed name

    Title  CEO

| Debtor | NGV Global Group Inc. | Case number (if known) | 22- |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**     ✗    /s/ Jeff P. Prostok          Date    11/17/2022

Signature of attorney for debtor                                             MM   / DD / YYYY

Jeff P. Prostok
Printed name

ForsheyProstok, LLP
Firm name

777 Main St., Suite 1550
Number        Street

Fort Worth                                              TX              76102
City                                                    State           ZIP Code

817-877-4223                                            jprostok@forsheyprostok.com
Contact phone                                           Email address

16352500                                                TX
Bar number                                              State

# LIST OF AFFILIATES

| DEBTOR | RELATIONSHIP | DISTRICT | WHEN | CASE NO. |
|---|---|---|---|---|
| Natural Gas Logistics Inc. | Affiliate | Northern District of Texas – Fort Worth Div. | 11/17/2022 | 22- |
| Natural Gas Supply, LLC | Affiliate | Northern District of Texas – Fort Worth Div. | 11/17/2022 | 22- |
| Natural Gas Vehicles Texas, Inc. | Affiliate | Northern District of Texas – Fort Worth Div. | 11/17/2022 | 22- |
| NGV Global Group, Inc. | Affiliate | Northern District of Texas – Fort Worth Div. | 11/17/2022 | 22- |

L:\JPROSTOK\Natural Gas Logistics, Inc. (NGV Global) #6321 WO\Pleadings\Volunteer Petition - LIST OF AFFILIATES 11.17.22.docx