Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Emily S. Chou
State Bar No. 24006997
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
echou@forsheyprostok.coms

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NGV GLOBAL GROUP, INC., *et al.*,[1] | § | Case No. 22-42780-MXM-11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**SUPPLEMENTAL DECLARATION OF FARROUKH ZAIDI IN SUPPORT OF DEBTORS' RESPONSE IN OPPOSITION TO AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY LANDLORDS**

I, Farroukh Zaidi, state and declare as follows:

1. I am over 18 years of age, of sound mind, and fully competent to make this Declaration. If called upon to testify, I could and would competently testify to the matters set forth herein.

2. I am the Chief Executive Officer (CEO) of NGV Global Group, Inc. ("NGV Global"), natural Gas Vehicles Texas, Inc. ("NGV Texas"), Natural Gas Supply, LLC ("NGS") and Natural Gas Logistics Inc. ("NGL", and collectively with NGV Global, NGV Texas and NGS, the "Debtors"

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: NGV Global Group, Inc. (9723), Natural Gas Vehicles Texas, Inc. (8676), Natural Gas Supply, LLC (4584) and Natural Gas Logistics Inc. (5403).

or the "Companies").  In that capacity, I am the authorized representative of the Debtors in these bankruptcy cases.

3. Based upon my personal knowledge of the Debtors and their business operations, ownership, history, industry, and book and records, and based upon information contained in the Debtors' books and records, I am qualified to make this Declaration on behalf of the Debtors. Some of the information contained herein is based upon my review of data regularly compiled by the Debtors in the ordinary course of its business.

4. I make this Supplemental Declaration in support of the *Debtors' Response in Opposition* [Dkt. No. 82] (the "Response") to the *Amended Motion for Relief From the Automatic Stay and for Entry of Order Waiving the Provision of FRBP 4001(a)(3) and for Other Relief* [Dkt. No. 57] (the "Motion") and to supplement my Affidavit filed as Docket No. 94.[2]

**January Rent for the Spangler 10737 Lease and Manana Lease**

5. On December 30, 2022, a wire payment was made to OSI 10737 in the amount of $59,620.31 representing the rent for the month of January 2023.

6. On December 30, 2022, a wire payment was made to OSI 2001 in the amount of $28,514.06 represent the rent for the month of January 2023.

7. Attached hereto as Attachment 1 is confirmation from the bank of the wire payments made.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 3, 2023

/s/ Farroukh Zaidi
Farroukh Zaidi

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning given to them in the Response.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Declaration was served via ECF Electronic Notice, where available on the 3rd day of January 2023.

                                                  */s/ Emily S. Chou*
                                                  Emily S. Chou

# ATTACHMENT 1

From: FirstCapital Bank of Texas <wires@fcbtexas.com>
Sent: Friday, December 30, 2022 8:26 AM
To: Fury Zaidi <furyzaidi@ngvglobalgroup.com>
Subject: Outgoing Wire

Your wire transfer on 12/30/22, in the amount of $59,620.31, was successfully sent to OSI 10737 Spangler Rd, LLC at █████████████████

Contact Wire Transfer Department at (806) 374-1000 if you have any questions regarding this transaction. Refer to wire sequence number 117667 in your inquiry.

Debited from account number ending with ███
Wire Fee: $0.00

OMAD: ███████████████████████████
IMAD: ████████████████████

--------------------------------------------------------
This e-mail message (and attachments) may contain confidential FirstCapital Bank of Texas information. If you are not the intended recipient, you cannot use, distribute or copy the message or attachments. In such a case, please notify the sender by return e-mail immediately and erase all copies of the message and attachments. Opinions, conclusions and other information in this message and attachments that do not relate to official business are neither given nor endorsed by FirstCapital Bank of Texas.

From: FirstCapital Bank of Texas <wires@fcbtexas.com>
Sent: Friday, December 30, 2022 8:26 AM
To: Fury Zaidi <furyzaidi@ngvglobalgroup.com>
Subject: Outgoing Wire

Your wire transfer on 12/30/22, in the amount of $28,514.06, was successfully sent to OSI 2001 Manana Dr. LLC at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Contact Wire Transfer Department at (806) 374-1000 if you have any questions regarding this transaction. Refer to wire sequence number 117669 in your inquiry.

Debited from account number ending with ▮▮▮
Wire Fee: $0.00

OMAD: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
IMAD: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

--------------------------------------------------------

This e-mail message (and attachments) may contain confidential FirstCapital Bank of Texas information. If you are not the intended recipient, you cannot use, distribute or copy the message or attachments. In such a case, please notify the sender by return e-mail immediately and erase all copies of the message and attachments. Opinions, conclusions and other information in this message and attachments that do not relate to official business are neither given nor endorsed by FirstCapital Bank of Texas.