Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NGV GLOBAL GROUP, INC., *et al.*,[1] | § | Case No. 22-42780-MXM-11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### DEBTORS' THIRD MOTION REQUESTING AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

NGV Global Group, Inc. ("NGV Global"), Natural Gas Vehicles Texas, Inc. ("NGV Texas"), Natural Gas Supply, LLC ("NGS"), and Natural Gas Logistics Inc. ("NGL", and collectively with NGV Global, NGV Texas, and NGS, the "Debtors"), as debtors-in-possession, file this *Third Motion Requesting an Extension of Time to File Schedules and Statements of Financial Affairs* ("Motion"), and respectfully represent as follows:

### JURISDICTION AND VENUE

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This case and all related matters have been referred to this Court pursuant to 28 U.S.C. § 157. This

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: NGV Global Group, Inc. (9723), Natural Gas Vehicles Texas, Inc. (8676), Natural Gas Supply, LLC (4584) and Natural Gas Logistics Inc. (5403).

1

Motion constitutes a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (D), (M) and (O). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## PROCEDURAL BACKGROUND

2.      On November 17, 2022 (The "Petition Date"), the Debtors filed voluntary petitions in this court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.      The Debtors continue to manage and operate their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee, examiner, or committee has been appointed in these cases.

4.      On November 22, 2022, the Court entered an Order providing for the joint administration of the Debtors' cases [Docket no. 28].

5.      On December 28, 2022, the Debtors filed *Debtors' Second Motion Requesting an Extension of Time to File Schedules and Statement of Financial Affairs* [Docket No. 91], requesting an extension of the deadline for filing or providing schedules, statements and other documents required by, *inter alia,* section 521 of the Bankruptcy Code, Bankruptcy Rule 1007, and N.D. Tex. L.B.R. 1007-1 (collectively, the "Schedules and Statements").

6.      On December 30, 2022, the Court entered its *Order Granting Debtors' Motion Requesting an Extension of Time to File Schedules and Statements of Financial Affairs* [Docket No. 93] extending the deadline for filing Schedules and Statements to January 17, 2023.

## RELIEF REQUESTED

7.      The Debtors request a one-day extension of the period in which to complete and file their Schedules and Statements. The current deadline for the Debtors to file their Schedules and Statements is January 17, 2023. The Schedules are essentially completed but the Debtors

require an additional day to review and finalize the drafted Schedules and Statements. The Debtors seek an extension to file their Schedules and Statements through and including **January 18, 2023**.

8. The Debtors submit that cause exists to grant the requested extension to file their Schedules and Statements pursuant to Bankruptcy Rule 1007(c). The Debtors believe that additional time beyond the current deadline will be required to compile the significant number of documents and financial information necessary to prepare the Schedules and Statements. The Debtors' prior CFO, who had been working with counsel to prepare the Schedules and Statements, resigned as of December 16, 2022. The Debtors have recently hired a new CFO and have retained a Financial Advisor as of January 11, 2023, to assist with preparation of the Schedules and Statements. The process of preparing the Schedules and Statements has required additional time for the new CFO and Financial Advisors to become familiar with the financial affairs of the Debtors and to gather all of the information needed to prepare the Schedules and Statements for four (4) separate Chapter 11 Debtors. The amount of time required to prepare the Schedules and Statements, in addition to the time required for the Debtors to fulfill other burdens associated with the commencement of these cases, necessitate the extension requested herein.

9. The extension requested herein will not prejudice any creditor or other party in interest. The meeting of creditors commenced on January 9, 2023 and was adjourned to January 25, 2023 at 1:30 p.m.. If this Motion is granted, the Schedules and Statements will be filed seven (7) days in advance of the reset 341 meeting, affording sufficient time to all creditors and parties in interest to review such Schedules and Statements prior to the reconvened 341 meeting.

## COMPLIANCE WITH LOCAL BANKRUPTCY RULE 1007-1

10. Pursuant to Local Bankruptcy Rule 1007-1, the undersigned represents that the United States Trustee has been contacted regarding the relief requested in this Motion but has not yet indicated the UST's consent or opposition to the Motion.

## PRAYER

WHEREFORE, the Debtors respectfully request entry of an order: (i) extending the Debtors' deadline to file the Schedules and Statements through and including January 18, 2023, and (ii) granting such further relief as is just and proper.

Dated: January 17, 2023.

        Respectfully submitted,

        /s/ Lynda L. Lankford
        Jeff P. Prostok
        State Bar No. 16352500
        Lynda L. Lankford
        State Bar No. 11935020
        FORSHEY & PROSTOK, L.L.P.
        777 Main Street, Suite 1550
        Fort Worth, Texas 76102
        Phone: (817) 877-8855
        Fax: (817) 877-4151
        jprostok@forsheyprostok.com
        llankford@forsheyprostok.com

        ATTORNEYS FOR THE DEBTORS AND
        DEBTORS-IN-POSSESSION

**CERTIFICATE OF CONFERENCE**

I hereby certify that on January 17, 2023, I sent an email correspondence to Elizabeth Young and Erin Schmidt, trial attorneys in the Office of the United States Trustee, regarding the Motion. As of the filing of this Motion, neither Ms. Young nor Ms. Schmidt has indicated a position on the Motion.

/s/ Lynda L. Lankford
Lynda L. Lankford

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the office of the United States Trustee for the Northern District of Texas, the secured lenders, the holders of the twenty (20) largest unsecured claims against the Debtors, and parties filing a notice of appearance, as indicated on the attached Service List, on January 17, 2023 via ECF electronic Notice, if available, and on January 18, 2023 via United States Mail, first class postage prepaid.

/s/ Lynda L. Lankford
Lynda L. Lankford

L:\JPROSTOK\Natural Gas Logistics, Inc. (NGV Global) #6321 WO\Pleadings\Third Motion to Extend Deadline to File Schedules 1.17.23.docx

| | | |
|---|---|---|
| *Limited Service List*<br>*NGV Global, et al.*<br>*#6321* | NGV Global Group, Inc., et al.<br>Attn: Farroukh Zaidi, CEO<br>10733 Spangler Road<br>Dallas, TX 75222 | Erin Schmidt, Trial Attorney<br>Office of the U.S. Trustee<br>1100 Commerce St., Room 976<br>Dallas, TX 75202 |
| FirstCapital Bank of Texas, N.A.<br>5580 LBJ Freeway, Suite 100<br>Dallas, TX 75240 | Tom McLeod Software Corp.<br>100 Corporate Parkway, Suite 100<br>Birmingham, AL 35242 | Ford Motor Credit Company, LLC<br>PO Box 680020, MD 610<br>Franklin, TN 37068 |
| Maplemark Bank<br>4143 Maple Ave., Suite 100<br>Dallas, TX 75219 | Bank of DeSoto, NA<br>PO Box 7777<br>DeSoto, TX 75123 | Mike Albert, Ltd.<br>10340 Evendale Dr.<br>Cincinnati, OH 45241 |
| Simmons Bank<br>4625 S National Ave.<br>Springfield, MO 65810 | Tristate Capital Bank<br>One Oxford Centre<br>301 Grant St., Suite 2700<br>Pittsburgh, PA 15219 | Vision Financial Group, Inc.<br>615 Iron City Drive<br>Pittsburgh, PA 15205 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | AmeriCredit Financial Services, Inc.<br>dba GM Finance<br>PO Box 183853<br>Arlington, TX 76096 | Ford Motor Credit Company LLC<br>c/o National Bankruptcy Service Center<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 |

## NGV Global Group, Inc.
## 20 Largest Unsecured Creditors

| | | |
|---|---|---|
| Addison Group<br>7076 Solutions Center<br>Chicago, IL 60677-7000 | AFCO<br>5600 North River Rd.<br>Suite 400<br>Rosemont, IL 60018-5187 | ANGI<br>PO Box 516<br>Janeville, WI 53547-5216 |
| Archerpoint<br>2405 Satellite Blvd., Suite 225<br>Duluth, GA 30096 | Bridgestone<br>PO Box 730026<br>Dallas, TX 75373-0026 | Comdata<br>5301 Mayland Way<br>Brentwood, TN 37027 |
| Dallas Regional Chamber<br>500 N. Akard St., Suite 2600<br>Dallas, TX 75201 | Faisal Reza<br>3604 Barrydale Dr.<br>Denton, TX 76208 | Mark Conner, CPA PLLC<br>PO Box 2709<br>Coppell, TX 75019 |
| OSHA<br>1100 Campbell Rd., Suite 250<br>Richardson, TX 75081 | ~~OSI 10737 Spangler Road LLC~~<br>~~309 East Paces Ferry Rd. NE~~<br>~~Suite 60~~<br>~~Atlanta, GA 30305~~ | ~~OSI 10801 Spangler Road LLC~~<br>~~309 East Paces Ferry Rd. NE~~<br>~~Suite 60~~<br>~~Atlanta, GA 30305~~ |

| | | |
|---|---|---|
| OSI 2001 Manana Drive LLC<br>~~309 East Paces Ferry Road NE~~<br>~~Suite 60~~<br>~~Atlanta, GA 30305~~ | Spectrum | Sunwest Communications Inc.<br>4851 LBJ Freeway<br>Dallas, TX 75224 |
| ~~Tara Energy~~<br>~~4925 Greenville Ave.~~<br>~~Dallas, TX 75206~~ | TEKSwork<br>118 South 3rd St.<br>Williamsburg, KY 40769 | The Carbon Agency<br>802 N. Kealy Ave., Suite 200<br>Lewisville, TX 75057-3136 |

# Natural Gas Vehicles Texas, Inc.
# 20 Largest Unsecured Creditors

| | | |
|---|---|---|
| 1-800-Radiator & A/C<br>2626 Northhaven Road<br>Dallas, TX 75229 | Cavalier Co.<br>196 Mark Lane<br>Royse City, TX 75189 | Continental Tire<br>1830 MacMillian Park Dr.<br>Fort Mill, SC 29707 |
| Cummins<br>PO Box 772642<br>Detroit, MI 48277-2642 | Daltex Trailer Repair<br>3124 Partridge Ct.<br>Grand Prairie, TX 75052 | Fleetpride Truck and Trailer Park<br>~~601 W Mockingbird Lane~~<br>~~Dallas, TX 75247~~ |
| Geoff Beveridge<br>661 E Main St., Suite 200<br>Midlothian, TX 76065 | HYLIION<br>1202 BMC Dr., Suite 100<br>Cedar Park, TX 78613 | Imperial Supplier LLC<br>PO Box 5362<br>Janeville, WI 53547-5362 |
| Marcel Pradella<br>2124 Dogwood Creek Ave.<br>Yukon, OK 73099 | Premier Truck Group of Dallas No.<br>PO Box 840827<br>Dallas, TX 75284-0827 | Recappers (V)<br>2360 East Grauwyler<br>Irving, Texas 75061 |
| Rush Enterprises<br>~~109 Cundiff Dr.~~<br>~~Seagoville, TX 75159~~ | Snap On<br>12617 E FM917 Suite E<br>Alvarado, TX 76009 | Southern Tire Mart<br>816 W Mockingbird Dr.<br>Dallas, TX 75247 |
| Southwest International Truck (V)<br>3722 Irving Blvd.<br>Dallas, TX 75247 | U-line<br>PO Box 88741<br>Chicago, IL 60680-1741 | Unifirst<br>~~PO Box 650841~~<br>~~Dallas, TX 75265-0481~~ |
| Valvoline<br>3221 East Arkansas Lane<br>Arlington, Texas 76010 | Z & Son Transmission<br>10418 C.F. Hawn Frwy<br>Dallas, TX 75217 | |

# Natural Gas Supply, LLC
# 20 Largest Unsecured Creditors

Comdata
5301 Mayland Way, Suite 100
Brentwood, TN 37027

# Natural Gas Logistics Inc.
# 20 Largest Unsecured Creditors

~~Advantage Trailer Rentals~~
~~PO Box 772320~~
~~Detroit, MI 48277~~

**Boscus Canada Inc.**
**900 Avenue Selkirk**
**Pointe-Clair QC H9R3S3**

Comdata
5301 Mayland Way
Brentwood, TN 37027

Crossroads Trailer Service Inc.
226 Irby Lane
Irving, TX 75061

Crum & Foster
855 Winding Brook Dr.
Glastonbury, CT 06033

DCLI
3525 Whitehall Park Dr.
Charlotte, NC 02827

Enrique Joya

Escreen
PO Box 25902
Overland Park, KS 66225

Hartford Financial Services
PO Box 415738
Boston, MD 02241-5738

J.J. Keller
PO Box 6609
Carol Stream, IL 60197

Kay Polymer Trucking
1919 FM 565
Baytown, TX 77523

Lockton
PO Box 123036
Dallas, TX 75312-3036

Loves
PO Box 842568
Kansas City, MO 64184

McKinney Trailer Rentals
PO Box 515574
Los Angeles, CA 90051

McLeod Software
~~Dept. 3500~~
~~Birmingham, AL 35283~~

Mike Hendrixson
4819 Osprey Dr.
Orange Beach, AL 36561

Perez Luis Manuel Hernandez
c/o Paul R. Hornung
Domingo A. Garcia PC
1111 W Mockingbird Ln, Ste 1200
Dallas, TX 75247

Samba Holdings Inc.
Dept. LA 24536
Pasadena, CA 91185

Tonya Singh
c/o Jim S. Adler & Associates
2711 N. Haskell, Suite 2500
Dallas, TX 75204

TRAC Intermodal
750 College Road East
Princeton, NJ 08540

## NOTICES OF APPEARANCE/PROOFS OF CLAIM

Mike Albert, Ltd.
c/o Patrick M. Lynch, Esq.
Quilling, Selander, et al.
2001 Bryan St., Suite 1800
Dallas, TX 75201

Mike Albert, Ltd.
c/o Robert G. Sanker, Esq.
Keating Muething & Klekamp PLL
One East Fourth St., Suite 1400
Cincinnati, OH 45202

FirstCapital Bank of Texas, N.A.
c/o Jared Knight, B. Hartman, C. Miller
Morgan Williamson LLP
701 S. Taylor, Suite 324
Amarillo, TX 79101

OSI 10801 Spangler, LLC, OSI 10737 Spangler, LLC, OSI 202 Mana Dr, LLC
c/o Mark Stromberg
Stromberg Stock PLLC
8350 N Central Expwy, Suite 1225
Dallas, TX 75206

Dallas County
c/o John K. Turner
Linebarger Goggan, et al.
2777 N. Stemmons Fwy, Suite 1000
Dallas, TX 75207

Bank of DeSoto, N.A.
c/o Law Office of Vicki K. McCarthy
114 South 5th Street
Midlothian, TX 76065

Mitsubishi HC Capital America, Inc.
c/o Matthew F. Kye, Esq
Kye Law Group, P.C.
201 Old Country Rd, Suite 120
Melville, NY 11747

Ford Motor Credit Company LLC
c/o Stephen G. Wilcox
Wilcox Law, PLLC
PO Box 201849
Arlington, TX 76006

MapleMark Bank
c/o Trey A. Monsour
Fox Rothschild LLP
2501 N. Hartwood St., Suite 1800
Dallas, TX 75201

DalTex Trailer Repair
c/o Mark B. French
Law Office of Mark B. French
1901 Central Dr., Suite 704
Bedford, TX 76021

Premier Truck Group of Dallas North
c/o Marilee A. Madan, Esq.
5485 Belt Line Rd., Suite 290
Dallas, TX 75254

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Fastenal Company
Attn: Legal
2001 Theurer Blvd.
Winona, MN 55987

Bartow B Duncan III, Esq.
Arnall Golden Gregory LLP
171 17th St. NW, Suite 2100
Atlanta, GA 30363