



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 18, 2023**

*Mark X. Mullin*
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NGV GLOBAL GROUP, INC., *et al.*,[1] | § | Case No. 22-42780-MXM-11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING DEBTORS' THIRD MOTION REQUESTING AN EXTENSION
OF TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion, dated January 17, 2023 (the "Motion")[2], of NGV Global Group, Inc. ("NGV Global"), Natural Gas Vehicles Texas, Inc. ("NGV Texas"), Natural Gas Supply, LLC ("NGS"), and Natural Gas Logistics Inc. ("NGL", and collectively with NGV Global, NGV

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: NGV Global Group, Inc. (9723), Natural Gas Vehicles Texas, Inc. (8676), Natural Gas Supply, LLC (4584) and Natural Gas Logistics Inc. (5403).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Texas, and NGS, the "Debtors") as debtors-in-possession, for a third extension of the deadline for filing or providing schedules, statements and other documents required by, *inter alia*, section 521 of the Bankruptcy Code, Bankruptcy Rule 1007, and Local Bankruptcy Rule 1007-1 (the "Schedules and Statements"); and it appearing that the Court has jurisdiction over this matter; and it appearing that counsel for the United States Trustee has been apprised of the Motion but, as of the filing of the Motion had not yet indicated a position on the Motion, as represented therein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates and creditors; and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, the Court finds that the Motion should be granted:

    **ACCORDINGLY**, it is hereby **ORDERED** that:

    1.    The Motion is **GRANTED**.

    2.    The deadline by which the Debtors must file their Schedules and Statements is hereby extended through and including January 18, 2023.

    3.    The relief granted herein is without prejudice to the Debtors' right to seek an additional extension of the deadline to file their Schedules and Statements upon a showing of cause.

### END OF ORDER ###

L:\JPROSTOK\Natural Gas Logistics, Inc. (NGV Global) #6321 WO\Pleadings\Order extending deadline to file schedules - Global 1.17.23.docx