Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NGV GLOBAL GROUP, INC., | § | Case No. 22-42780-MXM-11 |
| | § | |
| Debtor. | § | |
| | § | |

**GLOBAL NOTES REGARDING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS**

1

***These Global Notes (the "Global Notes") regarding the Statement of Financial Affairs of NGV Global Group, Inc. (the "Debtor") comprise an integral part of the Statement of Financial Affairs and should be referred to and considered in connection with any review of them.***

The Debtor's Statement of Financial Affairs (the "Statement") has been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by personnel of the Debtor with the assistance of its advisors. The Global Notes pertain to all of the Statements. The financial data in the Statements are unaudited.

The financial affairs and business of the Debtor are complex. While the Debtor's management has made reasonable efforts to ensure that the Statement is accurate and complete based on information that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Statement. Moreover, because the Statement contains unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Statement is complete and accurate. Furthermore, nothing contained in the Statement shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 11 case, including, without limitation, any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant applicable laws to recover assets or avoid transfers.

**Information Subject to Confidentiality**. There may be instances within the Statement where names, addresses, amounts or other details have been omitted. Due to the nature of certain agreements between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts or providing such details.

**Amendment**. While reasonable efforts were made to file complete and accurate Statements, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement its Statements as is necessary and appropriate.

**Basis of Presentation**. While the Statements, at times, may incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Statements do not purport to represent financial information prepared in accordance with GAAP.

**Insiders**. Persons listed as "insiders" have been included for informational purposes only and should not be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, the Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under

applicable law.  The Debtor presumes that persons who are not corporate officers of the Debtor are not "officers" for purposes of determining insider status, regardless of job title.

**SOFA Part 1(1) - Revenue**.  The Debtor is a holding company and does not have any operations from which it generates revenue.  Revenue amounts listed on SOFA #1 represent distributions the Debtor has received from its operating subsidiaries.

**SOFA Part 11(21) – Property held for another** - The NGV Global Group (including all associated entities) employs approximately 50 mechanics to repair, maintain and convert vehicles from diesel fuel to natural gas vehicles.  The NGV Global Group maintains a traditional relationship with the mechanics where they provide their own tools and toolboxes.  At the beginning of the employment relationship, the mechanic transports his or her tools and toolbox(s) to the Debtors location and the tools remain there until the end of the employment relationship.  While the tools stay on the premises for the entire tenure of the mechanics employment, the tools remain the property of the individual employees. Debtors have not included these tools in their Schedules AB. The Debtors do not have an inventory of these employee-owned tools and have thus not included them in the responses to SOFA 21.

* * *

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors and omissions may exist.

L:\JPROSTOK\Natural Gas Logistics, Inc. (NGV Global) #6321 WO\Schedule Info\Global Notes - Global SOFA 1.3.23.docx

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **NGV Global Group, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-42780-11-mxm** |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | Sources of revenue (Check all that apply.) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2022** MM/DD/YYYY | to Filing date | ☑ Operating a business<br>☐ Other _____ | **$850.00** |
| For prior year: | From **01/01/2021** MM/DD/YYYY | to **12/31/2021** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$31,265,076.47** |
| For the year before that: | From **01/01/2020** MM/DD/YYYY | to **12/31/2020** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$10,492,796.97** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2022** MM/DD/YYYY | to Filing date | | **$0.00** |
| For prior year: | From **01/01/2021** MM/DD/YYYY | to **12/31/2021** MM/DD/YYYY | Interest | **$3.15** |
| For the year before that: | From **01/01/2020** MM/DD/YYYY | to **12/31/2020** MM/DD/YYYY | | **$0.00** |

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2022** MM/DD/YYYY | to Filing date | | **$0.00** |
| For prior year: | From **01/01/2021** MM/DD/YYYY | to **12/31/2021** MM/DD/YYYY | **Loan Forgiveness (PPP)** | **$102,100.00** |
| For the year before that: | From **01/01/2020** MM/DD/YYYY | to **12/31/2020** MM/DD/YYYY | | **$0.00** |

| Debtor | NGV Global Group, Inc. | Case number (if known) | 22-42780-11-mxm |
|---|---|---|---|
| | Name | | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached SOFA Exhibit 3** | | | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City   State   ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See attached SOFA Exhibit 4** | | | |
| | Insider's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Debtor | **NGV Global Group, Inc.** | Case number (if known) | **22-42780-11-mxm** |
|---|---|---|---|
| | Name | | |

## Part 2 (continued)

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **MapleMark Bank** <br> Creditor's name <br> **4143 Maple Ave., Suite 100** <br> Street <br> <br> **Dallas**       **TX**    **75219** <br> City          State   ZIP Code | **Offset** <br><br><br><br> Last 4 digits of account number: XXXX- **5** **3** **5** **1** | **11/17/2022** | **$501,028.12** |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Mike Albert, Ltd. v Natural Gas Supply, LLC, Natural Gas Logistics Inc., NGV Global Group, Inc., Natural Gas School Bus, LLC, Natural Gas Vehicles Texas, Inc. and Farroukh Syed Zaidi** <br> Case number <br> **DC-22-04429** | **Breach of Contract** | **116th District Court** <br> Name <br> **Dallas County, Texas** <br> Street <br> **600 Commerce St., Box 640** <br><br> **Dallas**    **TX**    **75202** <br> City      State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Debtor | **NGV Global Group, Inc.** | Case number (if known) | **22-42780-11-mxm** |
|---|---|---|---|
| | Name | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Forshey & Prostok, LLP** | | 11/1/2022<br>$3,552.50<br>1/15/2022<br>$100,000.00 | **$103,552.50** |

**Address**

**777 Main St., Suite 1550**
Street

**Fort Worth**        **TX**   **76102**
City                  State    ZIP Code

**Email or website address**

**www.forsheyprostok.com**

**Who made the payment, if not debtor?**

**$3552.50 paid by Logistics**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Debtor | **NGV Global Group, Inc.** | Case number (if known) | **22-42780-11-mxm** |
|---|---|---|---|
| | Name | | |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
  ☐ No. Go to Part 10.
  ☐ Yes. Fill in below:

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Debtor | **NGV Global Group, Inc.** | Case number (if known) | **22-42780-11-mxm** |
|---|---|---|---|
| | Name | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| -  Name | | **2020 Mercedes-Benz G-Class VIN8830 being stored for individual** | |
| Street | | | |
| City       State   ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| -  Name | | **Various equipment and machinery stored for CNG Delivery LLC and Maximum Hydrogen** | |
| Street | | | |
| City       State   ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

Debtor **NGV Global Group, Inc.**                     Case number (if known) **22-42780-11-mxm**
      Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- [x] No
- [ ] Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

- [x] No
- [ ] Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- [ ] None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Natural Gas Vehicles Texas, Inc.**<br>Name<br>**10733 Spangler Rd.**<br>Street<br><br>**Dallas**   **TX**   **75220**<br>City                State   ZIP Code | **Vehicle Conversion** | Do not include Social Security number or ITIN.<br><br>EIN: **2 6 – 3 7 6 8 6 7 6**<br><br>**Dates business existed**<br>From **1/20/2008**   To **Present** |
| 25.2. | **Natural Gas Logistics Inc.**<br>Name<br>**10733 Spangler Rd.**<br>Street<br><br>**Dallas**   **TX**   **75220**<br>City                State   ZIP Code | **Trucking/Transportation** | Do not include Social Security number or ITIN.<br><br>EIN: **8 4 – 4 3 6 5 4 0 3**<br><br>**Dates business existed**<br>From **1/2/2020**   To **Present** |
| 25.3. | **Natural Gas Supply, LLC**<br>Name<br>**10733 Spangler Rd.**<br>Street<br><br>**Dallas**   **TX**   **75220**<br>City                State   ZIP Code | **Transportation** | Do not include Social Security number or ITIN.<br><br>EIN: **8 1 – 0 8 9 4 5 8 4**<br><br>**Dates business existed**<br>From **12/9/2015**   To **Present** |
| 25.4. | **Natural Gas School Bus LLC**<br>Name<br>**10733 Spangler Rd.**<br>Street<br><br>**Dallas**   **TX**   **75220**<br>City                State   ZIP Code | **Vehicle Improvement** | Do not include Social Security number or ITIN.<br><br>EIN: **8 1 – 4 9 7 2 4 4 7**<br><br>**Dates business existed**<br>From **9/3/2015**   To **Present** |

Debtor  **NGV Global Group, Inc.**  Case number (if known)  **22-42780-11-mxm**
  Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | **Name and address** | **Dates of service** | |
|---|---|---|---|
| 26a.1. | **Mark Conner, CPA**<br>Name<br>**5050 Quorum Dr., Suite 700**<br>Street<br><br>**Dallas**           **TX**      **75254**<br>City              State    ZIP Code | From **2018** | To **Present** |
| 26a.2. | **Stuart Todd Militzer**<br>Name<br>**10733 Spangler Rd.**<br>Street<br><br>**Dallas**           **TX**      **75220**<br>City              State    ZIP Code | From **2/16/2022** | To **12/16/2022** |
| 26a.3. | **Allen Parrott**<br>Name<br>**10733 Spangler Rd.**<br>Street<br><br>**Dallas**           **TX**      **75220**<br>City              State    ZIP Code | From **1/4/2021** | To **8/13/2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | **Name and address** | **Dates of service** | |
|---|---|---|---|
| 26b.1. | **Richard Brozewicz, CPA**<br>Name<br>**richard.brozewicz@brozewiczcpa.com**<br>Street<br><br>City              State    ZIP Code | From **2020** | To **Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | **Farroukh Zaidi**<br>Name<br>**10733 Spangler Rd.**<br>Street<br><br>**Dallas**           **TX**      **75220**<br>City              State    ZIP Code | |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 8

Debtor  **NGV Global Group, Inc.**  Case number (if known) **22-42780-11-mxm**
Name

**Name and address**  **If any books of account and records are unavailable, explain why**

26c.2.  **Stuart Todd Militzer**
Name
**10733 Spangler Rd.**
Street

**Dallas**  **TX**  **75220**
City  State  ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Routinely provided to vendors and banks**
Name

Street

City  State  ZIP Code

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Farroukh Zaidi** | **10733 Spangler Rd.**<br>**Dallas, TX 75220** | **CEO / Equity** | **100%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor **NGV Global Group, Inc.**  Case number (if known) **22-42780-11-mxm**
  Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. **See SOFA 4**
  Name

  Street

  City  State  ZIP Code

  **Relationship to debtor**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☒ Yes. Identify below.

**Name of the parent corporation**  **Employer Identification number of the parent corporation**
**NGV Global Group, Inc.**  EIN: **8 4 – 2 9 2 9 7 2 3**

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/18/2023**
  MM / DD / YYYY

X **/s/ Farroukh Zaidi**  Printed name **Farroukh Zaidi**
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor **Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 10

**NVG Global Group Inc.**
EXHIBIT 3

| Payee | Date | Amount | Reason for Payment |
|---|---|---|---|
| COMDATA | 8/19/2022 | 13,249.03 | Other: Fuel card |
| COMDATA | 8/26/2022 | 18,276.32 | Other: Fuel card |
| COMDATA | 9/2/2022 | 11,617.08 | Other: Fuel card |
| COMDATA | 9/9/2022 | 7,154.41 | Other: Fuel card |
| COMDATA | 9/19/2022 | 19,553.05 | Other: Fuel card |
| COMDATA | 9/26/2022 | 16,407.25 | Other: Fuel card |
| COMDATA | 10/3/2022 | 22,482.90 | Other: Fuel card |
| COMDATA | 10/11/2022 | 41,544.08 | Other: Fuel card |
| COMDATA | 10/17/2022 | 17,340.21 | Other: Fuel card |
| COMDATA | 10/24/2022 | 29,718.08 | Other: Fuel card |
| COMDATA | 10/31/2022 | 23,892.89 | Other: Fuel card |
| COMDATA | 11/7/2022 | 35,638.33 | Other: Fuel card |
| COMDATA | 11/15/2022 | 39,012.10 | Other: Fuel card |
| **COMDATA Total** | | **295,885.73** | |
| AMEX | 9/8/2022 | 20,000.00 | Unsecured Loan Repayment |
| AMEX | 9/9/2022 | 23,357.11 | Unsecured Loan Repayment |
| AMEX | 10/7/2022 | 107,600.99 | Unsecured Loan Repayment |
| AMEX | 10/19/2022 | 35,524.00 | Unsecured Loan Repayment |
| AMEX | 11/14/2022 | 518.98 | Unsecured Loan Repayment |
| **AMEX Total** | | **187,001.08** | |
| AFCO | 8/23/2022 | 54,540.50 | Other: Insurance Premium Finance |
| AFCO | 9/13/2022 | 51,957.98 | Other: Insurance Premium Finance |
| AFCO | 10/11/2022 | 8,511.15 | Other: Insurance Premium Finance |
| AFCO | 10/25/2022 | 54,409.11 | Other: Insurance Premium Finance |
| **AFCO Total** | | **169,418.74** | |
| IRS | 9/15/2022 | 50,716.58 | Taxes |
| IRS | 9/29/2022 | 150.00 | Taxes |
| IRS | 10/3/2022 | 114,753.42 | Taxes |
| IRS | 11/7/2022 | 14,972.31 | Taxes |
| **IRS Total** | | **180,592.31** | |
| MapleMark Bank | 8/30/2022 | 31,943.64 | Secured debt |
| MapleMark Bank | 10/6/2022 | 18,738.54 | Secured debt |
| MapleMark Bank | 10/7/2022 | 15,849.89 | Secured debt |
| MapleMark Bank | 11/4/2022 | 40,032.50 | Secured debt |
| **MapleMark Bank Total** | | **106,564.57** | |
| First Capital Bank of Texas | 8/22/2022 | 8,168.84 | Secured debt |
| First Capital Bank of Texas | 8/29/2022 | 25,787.61 | Secured debt |
| First Capital Bank of Texas | 9/20/2022 | 33,956.45 | Secured debt |
| First Capital Bank of Texas | 10/31/2022 | 33,956.45 | Secured debt |
| **First Capital Bank of Texas Total** | | **101,869.35** | |
| Forshey & Prostok | 11/15/2022 | 100,000.00 | Services |
| **Forshey & Prostok Total** | | **100,000.00** | |
| Emeri Construction Group | 9/27/2022 | 10,000.00 | Services |
| Emeri Construction Group | 10/7/2022 | 10,000.00 | Services |
| Emeri Construction Group | 10/12/2022 | 10,000.00 | Services |
| Emeri Construction Group | 10/18/2022 | 30,819.20 | Services |
| Emeri Construction Group | 10/25/2022 | 10,000.00 | Services |
| Emeri Construction Group | 10/26/2022 | 9,200.00 | Services |
| Emeri Construction Group | 11/8/2022 | 10,576.80 | Services |
| **Emeri Construction Group Total** | | **90,596.00** | |

**NVG Global Group Inc.**
EXHIBIT 3

| Payee | Date | Amount | Reason for Payment |
|---|---|---|---|
| OSI 2001 Manana Dr LLC | 11/16/2022 | 85,542.18 | Rent |
| **OSI 2001 Manana Dr LLC Total** | | **85,542.18** | |
| AETNA | 9/30/2022 | 75,216.81 | Insurance |
| **AETNA Total** | | **75,216.81** | |
| OSI 10737 Spangler Rd LLC | 11/16/2022 | 59,620.31 | Rent |
| **OSI 10737 Spangler Rd LLC Total** | | **59,620.31** | |
| Madina Construction LLC | 8/29/2022 | 50,000.00 | Services |
| **Madina Construction LLC Total** | | **50,000.00** | |
| John Carney | 8/26/2022 | 15,000.00 | Services |
| John Carney | 11/15/2022 | 25,000.00 | Services |
| **John Carney Total** | | **40,000.00** | |
| Mario Rodriguez | 9/20/2022 | 12,500.00 | Rent |
| Mario Rodriguez | 10/24/2022 | 14,434.00 | Rent |
| **Mario Rodriguez Total** | | **26,934.00** | |
| Tara Energy LLC | 9/16/2022 | 7,085.96 | Utilities |
| Tara Energy LLC | 10/17/2022 | 5,760.25 | Utilities |
| Tara Energy LLC | 11/16/2022 | 4,699.47 | Utilities |
| **Tara Energy LLC Total** | | **17,545.68** | |
| Cesar Torres | 9/2/2022 | 3,500.00 | Contract labor |
| Cesar Torres | 10/3/2022 | 3,500.00 | Contract labor |
| Cesar Torres | 10/24/2022 | 3,823.18 | Contract labor |
| Cesar Torres | 11/14/2022 | 5,000.00 | Contract labor |
| **Cesar Torres Total** | | **15,823.18** | |
| First National capital | 10/21/2022 | 15,000.00 | Services |
| **First National capital Total** | | **15,000.00** | |
| Joe Shearin | 9/28/2022 | 15,000.00 | Services |
| **Joe Shearin Total** | | **15,000.00** | |
| Christopher White | 8/19/2022 | 14,681.42 | Legal settlement |
| **Christopher White Total** | | **14,681.42** | |
| Citi | 8/19/2022 | 1,320.00 | Unsecured Loan Repayment |
| Citi | 8/26/2022 | 1,990.00 | Unsecured Loan Repayment |
| Citi | 8/29/2022 | 1,500.00 | Unsecured Loan Repayment |
| Citi | 9/1/2022 | 1,925.00 | Unsecured Loan Repayment |
| Citi | 9/12/2022 | 49.15 | Unsecured Loan Repayment |
| Citi | 10/3/2022 | 120.00 | Unsecured Loan Repayment |
| Citi | 10/20/2022 | 1,769.75 | Unsecured Loan Repayment |
| Citi | 10/26/2022 | 4,500.00 | Unsecured Loan Repayment |
| Citi | 10/31/2022 | 675.31 | Unsecured Loan Repayment |
| Citi | 11/16/2022 | 140.00 | Unsecured Loan Repayment |
| **Citi Total** | | **13,989.21** | |
| Jackson Spencer Law, PLLC | 8/19/2022 | 10,830.00 | Services |
| **Jackson Spencer Law, PLLC Total** | | **10,830.00** | |
| Metropolitan Gate Inc | 9/19/2022 | 10,000.00 | Services |
| **Metropolitan Gate Inc Total** | | **10,000.00** | |
| ANGI | 9/19/2022 | 9,438.57 | Services |
| **ANGI Total** | | **9,438.57** | |
| John Ames, Tax Collector | 9/16/2022 | 528.00 | Property Taxes |
| John Ames, Tax Collector | 9/22/2022 | 165.00 | Property Taxes |
| John Ames, Tax Collector | 9/23/2022 | 278.00 | Property Taxes |
| John Ames, Tax Collector | 10/3/2022 | 330.00 | Property Taxes |
| John Ames, Tax Collector | 10/5/2022 | 7,870.32 | Property Taxes |
| **John Ames, Tax Collector Total** | | **9,171.32** | |
| Addison Group | 8/25/2022 | 8,954.10 | Services |
| **Addison Group Total** | | **8,954.10** | |

**NVG Global Group Inc.**
EXHIBIT 4

| Payee | Date | Amount | Reason for Payment |
|---|---|---|---|
| NGV Admin & HR | 11/4/2021 | 200,000.00 | Leased employee costs |
| NGV Admin & HR | 11/10/2021 | 50,000.00 | Leased employee costs |
| NGV Admin & HR | 11/15/2021 | 70,000.00 | Leased employee costs |
| NGV Admin & HR | 11/17/2021 | 310,000.00 | Leased employee costs |
| NGV Admin & HR | 11/22/2021 | 65,000.00 | Leased employee costs |
| NGV Admin & HR | 11/24/2021 | 75,000.00 | Leased employee costs |
| NGV Admin & HR | 11/29/2021 | 56,000.00 | Leased employee costs |
| NGV Admin & HR | 12/2/2021 | 265,000.00 | Leased employee costs |
| NGV Admin & HR | 12/3/2021 | 5,000.00 | Leased employee costs |
| NGV Admin & HR | 12/6/2021 | 51,000.00 | Leased employee costs |
| NGV Admin & HR | 12/7/2021 | 5,000.00 | Leased employee costs |
| NGV Admin & HR | 12/9/2021 | 43,000.00 | Leased employee costs |
| NGV Admin & HR | 12/23/2021 | 100,000.00 | Leased employee costs |
| NGV Admin & HR | 1/3/2022 | 100,000.00 | Leased employee costs |
| NGV Admin & HR | 1/4/2022 | 215,000.00 | Leased employee costs |
| NGV Admin & HR | 1/7/2022 | 50,000.00 | Leased employee costs |
| NGV Admin & HR | 1/10/2022 | 50,000.00 | Leased employee costs |
| NGV Admin & HR | 1/12/2022 | 300,000.00 | Leased employee costs |
| NGV Admin & HR | 1/13/2022 | 53,500.00 | Leased employee costs |
| NGV Admin & HR | 1/14/2022 | 10,000.00 | Leased employee costs |
| NGV Admin & HR | 1/18/2022 | 70,000.00 | Leased employee costs |
| NGV Admin & HR | 1/19/2022 | 50,000.00 | Leased employee costs |
| NGV Admin & HR | 1/24/2022 | 58,000.00 | Leased employee costs |
| NGV Admin & HR | 1/27/2022 | 181,900.00 | Leased employee costs |
| NGV Admin & HR | 2/3/2022 | 11,800.00 | Leased employee costs |
| NGV Admin & HR | 2/7/2022 | 70,000.00 | Leased employee costs |
| NGV Admin & HR | 2/8/2022 | 3,000.00 | Leased employee costs |
| NGV Admin & HR | 2/14/2022 | 51,350.00 | Leased employee costs |
| NGV Admin & HR | 2/16/2022 | 101,000.00 | Leased employee costs |
| NGV Admin & HR | 2/17/2022 | 90,000.00 | Leased employee costs |
| NGV Admin & HR | 2/18/2022 | 30,000.00 | Leased employee costs |
| NGV Admin & HR | 2/24/2022 | 362,000.00 | Leased employee costs |
| NGV Admin & HR | 2/28/2022 | 6,900.00 | Leased employee costs |
| NGV Admin & HR | 3/3/2022 | 60,000.00 | Leased employee costs |
| NGV Admin & HR | 3/4/2022 | 2,000.00 | Leased employee costs |
| NGV Admin & HR | 3/7/2022 | 26,000.00 | Leased employee costs |
| NGV Admin & HR | 3/17/2022 | 33,000.00 | Leased employee costs |
| NGV Admin & HR | 3/24/2022 | 204,553.46 | Leased employee costs |
| NGV Admin & HR | 3/31/2022 | 25,475.10 | Leased employee costs |
| NGV Admin & HR | 4/1/2022 | 15,000.00 | Leased employee costs |
| NGV Admin & HR | 4/4/2022 | 50,900.00 | Leased employee costs |
| NGV Admin & HR | 4/7/2022 | 1,100.00 | Leased employee costs |
| NGV Admin & HR | 4/14/2022 | 66,100.00 | Leased employee costs |
| NGV Admin & HR | 4/15/2022 | 30,000.00 | Leased employee costs |
| NGV Admin & HR | 4/18/2022 | 15,000.00 | Leased employee costs |
| NGV Admin & HR | 4/19/2022 | 1,500.00 | Leased employee costs |
| NGV Admin & HR | 4/21/2022 | 180,000.00 | Leased employee costs |
| NGV Admin & HR | 4/25/2022 | 60,000.00 | Leased employee costs |
| NGV Admin & HR | 4/27/2022 | 50,000.00 | Leased employee costs |
| NGV Admin & HR | 5/4/2022 | 390,000.00 | Leased employee costs |
| NGV Admin & HR | 5/19/2022 | 54,000.00 | Leased employee costs |
| NGV Admin & HR | 5/20/2022 | 2,000.00 | Leased employee costs |
| NGV Admin & HR | 5/23/2022 | 34,000.00 | Leased employee costs |
| NGV Admin & HR | 5/26/2022 | 1,050,000.00 | Leased employee costs |
| NGV Admin & HR | 6/7/2022 | 120,000.00 | Leased employee costs |
| NGV Admin & HR | 6/14/2022 | 3,000.00 | Leased employee costs |
| NGV Admin & HR | 6/16/2022 | 300,000.00 | Leased employee costs |
| NGV Admin & HR | 6/17/2022 | 300,000.00 | Leased employee costs |
| NGV Admin & HR | 6/23/2022 | 90,000.00 | Leased employee costs |
| NGV Admin & HR | 6/27/2022 | 50,000.00 | Leased employee costs |
| NGV Admin & HR | 6/28/2022 | 50,000.00 | Leased employee costs |
| NGV Admin & HR | 6/30/2022 | 400,000.00 | Leased employee costs |

**NVG Global Group Inc.**
EXHIBIT 4

| Payee | Date | Amount | Reason for Payment |
|---|---|---|---|
| NGV Admin & HR | 7/8/2022 | 55,000.00 | Leased employee costs |
| NGV Admin & HR | 7/20/2022 | 90,000.00 | Leased employee costs |
| NGV Admin & HR | 7/21/2022 | 116,000.00 | Leased employee costs |
| NGV Admin & HR | 7/25/2022 | 50,000.00 | Leased employee costs |
| NGV Admin & HR | 7/28/2022 | 328,801.46 | Leased employee costs |
| NGV Admin & HR | 8/3/2022 | 95,000.00 | Leased employee costs |
| NGV Admin & HR | 8/5/2022 | 5,000.00 | Leased employee costs |
| NGV Admin & HR | 8/8/2022 | 44,100.00 | Leased employee costs |
| NGV Admin & HR | 8/19/2022 | 8,500.00 | Leased employee costs |
| NGV Admin & HR | 8/23/2022 | 5,000.00 | Leased employee costs |
| NGV Admin & HR | 8/24/2022 | 405,595.09 | Leased employee costs |
| NGV Admin & HR | 9/1/2022 | 25,000.00 | Leased employee costs |
| NGV Admin & HR | 9/7/2022 | 80,000.00 | Leased employee costs |
| NGV Admin & HR | 9/8/2022 | 150,000.00 | Leased employee costs |
| NGV Admin & HR | 9/9/2022 | 70,000.00 | Leased employee costs |
| NGV Admin & HR | 9/22/2022 | 40,000.00 | Leased employee costs |
| NGV Admin & HR | 9/26/2022 | 5,000.00 | Leased employee costs |
| NGV Admin & HR | 9/27/2022 | 5,000.00 | Leased employee costs |
| NGV Admin & HR | 10/3/2022 | 10,800.00 | Leased employee costs |
| NGV Admin & HR | 10/13/2022 | 48,900.00 | Leased employee costs |
| NGV Admin & HR | 10/14/2022 | 5,000.00 | Leased employee costs |
| NGV Admin & HR | 10/17/2022 | 20,000.00 | Leased employee costs |
| NGV Admin & HR | 10/27/2022 | 107,500.00 | Leased employee costs |
| NGV Admin & HR | 10/31/2022 | 13,000.00 | Leased employee costs |
| NGV Admin & HR | 11/9/2022 | 43,000.00 | Leased employee costs |
| NGV Admin & HR | 11/15/2022 | 120.31 | Leased employee costs |
| NGV Admin & HR | 11/17/2022 | 321,000.00 | Leased employee costs |
| **NGV Admin & HR Total** | | **8,970,395.42** | |
| Natural Gas Logistics | 11/4/2021 | 1,080,000.00 | Intercompany transfer |
| Natural Gas Logistics | 11/30/2021 | 13,000.00 | Intercompany transfer |
| Natural Gas Logistics | 12/30/2021 | 971,832.00 | Intercompany transfer |
| Natural Gas Logistics | 1/3/2022 | 750,000.00 | Intercompany transfer |
| Natural Gas Logistics | 1/4/2022 | 15,000.00 | Intercompany transfer |
| Natural Gas Logistics | 1/19/2022 | 30,000.00 | Intercompany transfer |
| Natural Gas Logistics | 1/20/2022 | 4,000.00 | Intercompany transfer |
| Natural Gas Logistics | 1/26/2022 | 50,000.00 | Intercompany transfer |
| Natural Gas Logistics | 2/7/2022 | 5,900.00 | Intercompany transfer |
| Natural Gas Logistics | 2/16/2022 | 100,000.00 | Intercompany transfer |
| Natural Gas Logistics | 2/23/2022 | 50,000.00 | Intercompany transfer |
| Natural Gas Logistics | 3/10/2022 | 6,000.00 | Intercompany transfer |
| Natural Gas Logistics | 3/17/2022 | 11,500.00 | Intercompany transfer |
| Natural Gas Logistics | 3/18/2022 | 13,000.00 | Intercompany transfer |
| Natural Gas Logistics | 3/29/2022 | 15,000.00 | Intercompany transfer |
| Natural Gas Logistics | 3/31/2022 | 2,500.00 | Intercompany transfer |
| Natural Gas Logistics | 4/1/2022 | 10,000.00 | Intercompany transfer |
| Natural Gas Logistics | 4/22/2022 | 10,500.00 | Intercompany transfer |
| Natural Gas Logistics | 4/27/2022 | 10,000.00 | Intercompany transfer |
| Natural Gas Logistics | 5/3/2022 | 10,000.00 | Intercompany transfer |
| Natural Gas Logistics | 5/20/2022 | 30,000.00 | Intercompany transfer |
| Natural Gas Logistics | 5/26/2022 | 335,000.00 | Intercompany transfer |
| Natural Gas Logistics | 6/7/2022 | 85,000.00 | Intercompany transfer |
| Natural Gas Logistics | 6/21/2022 | 30,000.00 | Intercompany transfer |
| Natural Gas Logistics | 8/4/2022 | 200,000.00 | Intercompany transfer |
| Natural Gas Logistics | 8/11/2022 | 30,000.00 | Intercompany transfer |
| Natural Gas Logistics | 8/23/2022 | 50,000.00 | Intercompany transfer |
| Natural Gas Logistics | 8/31/2022 | 17,000.00 | Intercompany transfer |
| Natural Gas Logistics | 9/27/2022 | 4,000.00 | Intercompany transfer |
| Natural Gas Logistics | 9/28/2022 | 15,000.00 | Intercompany transfer |
| Natural Gas Logistics | 10/11/2022 | 25,000.00 | Intercompany transfer |
| Natural Gas Logistics | 10/14/2022 | 27,100.00 | Intercompany transfer |
| Natural Gas Logistics | 10/17/2022 | 16,000.00 | Intercompany transfer |
| Natural Gas Logistics | 10/27/2022 | 10,300.00 | Intercompany transfer |

**NVG Global Group Inc.**
EXHIBIT 4

| Payee | Date | Amount | Reason for Payment |
|---|---|---|---|
| Natural Gas Logistics | 10/31/2022 | 5,000.00 | Intercompany transfer |
| Natural Gas Logistics | 11/8/2022 | 20,000.00 | Intercompany transfer |
| **Natural Gas Logistics Total** | | **4,057,632.00** | |
| Farroukh Zaidi | 2/16/2022 | 500,000.00 | Shareholder advance / loan repayment |
| Farroukh Zaidi | 4/25/2022 | 95,000.00 | Shareholder advance / loan repayment |
| Farroukh Zaidi | 5/20/2022 | 17,000.00 | Shareholder advance / loan repayment |
| Farroukh Zaidi | 6/17/2022 | 300,000.00 | Shareholder advance / loan repayment |
| Farroukh Zaidi | 8/5/2022 | 30,000.00 | Shareholder advance / loan repayment |
| Farroukh Zaidi | 8/11/2022 | 290,000.00 | Shareholder advance / loan repayment |
| Farroukh Zaidi | 10/7/2022 | 350,000.00 | Shareholder advance / loan repayment |
| Farroukh Zaidi | 11/10/2022 | 400,000.00 | Shareholder advance / loan repayment |
| **Farroukh Zaidi Total** | | **1,982,000.00** | |
| Natural Gas Vehicles Texas Inc | 11/4/2021 | 100,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 11/12/2021 | 100,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 11/16/2021 | 20,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 11/19/2021 | 900.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 11/22/2021 | 57,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 11/29/2021 | 118,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 12/3/2021 | 10,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 12/9/2021 | 5,500.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 12/21/2021 | 100,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 12/30/2021 | 387,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 1/4/2022 | 15,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 1/5/2022 | 30,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 1/18/2022 | 10,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 1/19/2022 | 20,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 1/21/2022 | 62,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 2/8/2022 | 26,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 2/14/2022 | 4,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 2/16/2022 | 4,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 2/17/2022 | 50,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 2/18/2022 | 30,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 3/4/2022 | 75,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 3/9/2022 | 1,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 3/11/2022 | 17,500.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 4/18/2022 | 100.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 4/19/2022 | 500.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 4/21/2022 | 1,700.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 4/22/2022 | 30,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 5/11/2022 | 75,400.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 5/26/2022 | 175,337.20 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 6/7/2022 | 35,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 6/17/2022 | 150,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 7/21/2022 | 12,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 8/1/2022 | 7,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 8/2/2022 | 3,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 8/5/2022 | 2,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 8/11/2022 | 7,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 8/29/2022 | 7,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 9/28/2022 | 14,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 10/14/2022 | 5,200.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 10/24/2022 | 18,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 10/26/2022 | 8,500.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 10/27/2022 | 10,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 10/31/2022 | 7,000.00 | Intercompany transfer |
| Natural Gas Vehicles Texas Inc | 11/9/2022 | 600.00 | Intercompany transfer |

**NVG Global Group Inc.**
EXHIBIT 4

| Payee | Date | Amount | Reason for Payment |
|---|---|---|---|
| Natural Gas Vehicles Texas Inc | 11/17/2022 | 523.00 | Intercompany transfer |
| **Natural Gas Vehicles Texas Inc Total** | | **1,812,760.20** | |
| Wing Power Systems Inc | 2/8/2022 | 15,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 2/10/2022 | 40,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 2/17/2022 | 200,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 4/5/2022 | 20,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 5/11/2022 | 49,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 5/26/2022 | 426,500.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 8/5/2022 | 7,500.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 8/19/2022 | 20,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 8/23/2022 | 30,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 9/1/2022 | 2,110.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 9/23/2022 | 25,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 9/27/2022 | 9,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 10/11/2022 | 18,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 10/26/2022 | 22,000.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 10/27/2022 | 250.00 | Unsecured loan repayment |
| Wing Power Systems Inc | 10/28/2022 | 1,000.00 | Unsecured loan repayment |
| **Wing Power Systems Inc Total** | | **885,360.00** | |
| Natural Gas Supply LLC | 11/4/2021 | 50,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 11/24/2021 | 6,900.00 | Intercompany transfer |
| Natural Gas Supply LLC | 12/30/2021 | 36,762.00 | Intercompany transfer |
| Natural Gas Supply LLC | 1/14/2022 | 6,100.00 | Intercompany transfer |
| Natural Gas Supply LLC | 1/19/2022 | 5,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 1/31/2022 | 110.00 | Intercompany transfer |
| Natural Gas Supply LLC | 2/4/2022 | 500.00 | Intercompany transfer |
| Natural Gas Supply LLC | 2/7/2022 | 19,700.00 | Intercompany transfer |
| Natural Gas Supply LLC | 2/8/2022 | 10,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 2/16/2022 | 70,900.00 | Intercompany transfer |
| Natural Gas Supply LLC | 3/3/2022 | 15,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 3/4/2022 | 36,400.00 | Intercompany transfer |
| Natural Gas Supply LLC | 3/17/2022 | 4,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 3/18/2022 | 9,300.00 | Intercompany transfer |
| Natural Gas Supply LLC | 3/21/2022 | 17,406.00 | Intercompany transfer |
| Natural Gas Supply LLC | 3/28/2022 | 3,500.00 | Intercompany transfer |
| Natural Gas Supply LLC | 3/31/2022 | 15,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 4/1/2022 | 16,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 4/6/2022 | 24,307.62 | Intercompany transfer |
| Natural Gas Supply LLC | 4/25/2022 | 149,162.00 | Intercompany transfer |
| Natural Gas Supply LLC | 4/26/2022 | 10,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 5/26/2022 | 88,600.00 | Intercompany transfer |
| Natural Gas Supply LLC | 7/25/2022 | 20,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 8/3/2022 | 15,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 8/5/2022 | 20,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 8/11/2022 | 1,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 8/16/2022 | 3,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 8/19/2022 | 70,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 8/29/2022 | 3,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 10/24/2022 | 3,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 10/25/2022 | 14,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 10/26/2022 | 2,800.00 | Intercompany transfer |
| Natural Gas Supply LLC | 10/28/2022 | 65,000.00 | Intercompany transfer |
| Natural Gas Supply LLC | 11/18/2022 | 550.00 | Intercompany transfer |
| **Natural Gas Supply LLC Total** | | **811,997.62** | |
| First Capital Bank of Texas | 2/16/2022 | 73,749.86 | Secured debt of Natural Gas Supply |
| First Capital Bank of Texas | 4/25/2022 | 93,003.01 | Secured debt of Natural Gas Supply |
| First Capital Bank of Texas | 5/25/2022 | 190,658.97 | Secured debt of Natural Gas Supply |
| First Capital Bank of Texas | 7/20/2022 | 78,040.81 | Secured debt of Natural Gas Supply |
| First Capital Bank of Texas | 7/22/2022 | 19,253.15 | Secured debt of Natural Gas Supply |
| First Capital Bank of Texas | 8/29/2022 | 19,253.15 | Secured debt of Natural Gas Supply |
| First Capital Bank of Texas | 9/8/2022 | 7,875.96 | Secured debt of Natural Gas Supply |
| **First Capital Bank of Texas Total** | | **481,834.91** | |

**NVG Global Group Inc.**
EXHIBIT 4

| Payee | Date | Amount | Reason for Payment |
|---|---|---|---|
| First Capital Bank of Texas | 4/25/2022 | 92,713.75 | Secured debt of Natural Gas Vehicles of Texas |
| First Capital Bank of Texas | 5/25/2022 | 185,677.50 | Secured debt of Natural Gas Vehicles of Texas |
| First Capital Bank of Texas | 7/20/2022 | 92,713.75 | Secured debt of Natural Gas Vehicles of Texas |
| **First Capital Bank of Texas Total** | | **371,105.00** | |
| Northwest Dallas Development One LLC | 11/3/2021 | 40,000.00 | Rent |
| Northwest Dallas Development One LLC | 11/29/2021 | 38,000.00 | Rent |
| Northwest Dallas Development One LLC | 12/28/2021 | 39,000.00 | Rent |
| Northwest Dallas Development One LLC | 3/7/2022 | 39,500.00 | Rent |
| Northwest Dallas Development One LLC | 5/25/2022 | 38,775.00 | Rent |
| Northwest Dallas Development One LLC | 7/22/2022 | 5,000.00 | Rent |
| Northwest Dallas Development One LLC | 10/11/2022 | 45,005.00 | Rent |
| **Northwest Dallas Development One LLC Total** | | **245,280.00** | |
| Dallas Art Development LLC | 7/7/2022 | 4,000.00 | Unsecured loan repayment |
| Dallas Art Development LLC | 8/8/2022 | 13,000.00 | Unsecured loan repayment |
| Dallas Art Development LLC | 9/29/2022 | 8,300.00 | Unsecured loan repayment |
| Dallas Art Development LLC | 11/18/2022 | 200,000.00 | Unsecured loan repayment |
| **Dallas Art Development LLC Total** | | **225,300.00** | |
| Southwest Airlines Federal Credit Union | 8/31/2022 | 55,640.23 | Payment on shareholder personal debt |
| Southwest Airlines Federal Credit Union | 10/11/2022 | 36,320.92 | Payment on shareholder personal debt |
| Southwest Airlines Federal Credit Union | 10/20/2022 | 25,100.00 | Payment on shareholder personal debt |
| Southwest Airlines Federal Credit Union | 11/15/2022 | 38,630.00 | Payment on shareholder personal debt |
| **Southwest Airlines Federal Credit Union Total** | | **155,691.15** | |
| Faisal Reza | 12/13/2021 | 7,600 | Rent for property leased by NVG RE |
| Faisal Reza | 1/5/2022 | 7,600 | Rent for property leased by NVG RE |
| Faisal Reza | 2/8/2022 | 7,600 | Rent for property leased by NVG RE |
| Faisal Reza | 3/8/2022 | 7,600 | Rent for property leased by NVG RE |
| Faisal Reza | 4/8/2022 | 7,600 | Rent for property leased by NVG RE |
| Faisal Reza | 5/6/2022 | 7,600 | Rent for property leased by NVG RE |
| Faisal Reza | 6/22/2022 | 7,600 | Rent for property leased by NVG RE |
| Faisal Reza | 7/1/2022 | 7,600 | Rent for property leased by NVG RE |
| Faisal Reza | 8/15/2022 | 7,600 | Rent for property leased by NVG RE |
| Faisal Reza | 9/9/2022 | 7,600 | Rent for property leased by NVG RE |
| **Faisal Reza Total** | | **76,000.00** | |
| Jabeen Zaidi | 6/17/2022 | 50,000.00 | Unsecured loan repayment |
| **Jabeen Zaidi Total** | | **50,000.00** | |
| Wallis State Bank | 11/15/2022 | 24,996.99 | Payment on shareholder personal debt |
| **Wallis State Bank Total** | | **24,996.99** | |
| International Vehicle Sale & Leasing | 6/7/2022 | 1,000.00 | Intercompany transfer |
| International Vehicle Sale & Leasing | 8/29/2022 | 20,000.00 | Intercompany transfer |
| International Vehicle Sale & Leasing | 9/1/2022 | 3,934.73 | Intercompany transfer |
| **International Vehicle Sale & Leasing Total** | | **24,934.73** | |
| WABASH | 11/16/2022 | 22,683.28 | Payment to Wing Power vendor |
| **WABASH Total** | | **22,683.28** | |
| Neighborhood Credit Union | 10/14/2022 | 14,974.78 | Loan payment on shareholder personal debt |
| **Neighborhood Credit Union Total** | | **14,974.78** | |