# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

IN RE:                                          CHAPTER   **11**

**NGV Global Group, Inc.**


DEBTOR(S)                                       CASE NO   **22-42780-11-mxm**


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Farroukh Zaidi 10733 Spangler Road Dallas, TX 75220 | Common | | 100% |
| Farroukh Zaidi 10733 Spangler Road Dallas, TX 75220 | Preferred | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Chief Executive Officer** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: __**1/18/2023**_____        Signature: __**/s/ Farroukh Zaidi**_____

                                                   *Farroukh Zaidi*
                                                   **Chief Executive Officer**