Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:   817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| NGV GLOBAL GROUP, INC., *et al.*,[1] | § | Case No. 22-42780-MXM-11 |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

## NOTICE OF CASH COLLATERAL BUDGET

**PLEASE TAKE NOTICE** that the Debtors' Cash Collateral Budget for the period of February 11, 2023 through March 10, 2023 is attached hereto as **Exhibit A** pursuant to the *Final Order Granting Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Granting Adequate Protection* [Docket No. 105].

Dated:  February 6, 2023.                    Respectfully submitted,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: NGV Global Group, Inc. (9723), Natural Gas Vehicles Texas, Inc. (8676), Natural Gas Supply, LLC (4584) and Natural Gas Logistics Inc. (5403).

1

/s/ Lynda L. Lankford
Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via ECF electronic notice on the parties requesting notice in these cases, and via email upon counsel for First Capital Bank of Texas, N.A. on January 6, 2023, as follows:

FirstCapital Bank of Texas, N.A.
c/o Jared Knight, B. Hartman, C. Miller
Morgan Williamson LLP
701 S. Taylor, Suite 324
Amarillo, TX 79101
jknight@mw-law.com

/s/ Lynda L. Lankford

L:\JPROSTOK\Natural Gas Logistics, Inc. (NGV Global) #6321 WO\Pleadings\Notice of Filing Budget 2.3.23.docx

# Exhibit A

| COMBINED | | | | |
|---|---:|---:|---:|---:|
| Week | 14 | 15 | 16 | 17 |
| Ending | 2/17/2023 | 2/24/2023 | 3/3/2023 | 3/10/2022 |
| A/R Collections | 177,500 | 195,000 | 177,500 | 812,500 |
| Other collections | 7,500 | - | - | - |
| Total Receipts | 185,000 | 195,000 | 177,500 | 812,500 |
| | | | | |
| Operating Costs | | | | |
| Payroll | 124,421 | 191,445 | 124,421 | 185,284 |
| Fuel, tolls and road costs | 53,500 | 61,000 | 56,000 | 17,500 |
| Insurance | 17,496 | - | 27,219 | 27,219 |
| Occupancy | 5,100 | - | 64,157 | - |
| Parts, repairs and supplies | 46,000 | 43,500 | 43,500 | 43,500 |
| Taxes and licenses | 4,106 | 4,106 | 4,106 | 4,106 |
| CAPEX | - | - | - | - |
| Other | 9,640 | 9,640 | 9,640 | 9,640 |
| Mike Albert, Ltd. | 25,000 | 25,000 | 25,000 | 25,000 |
| Intercompany Transfers | | | | |
| Total Operating Costs | 285,263 | 334,691 | 354,043 | 312,249 |
| | | | | |
| Total BK and Other costs | | | | |
| Professional Fees | - | - | 50,000 | 50,000 |
| UST fees | - | - | - | - |
| | 0 | 0 | 50,000 | 50,000.00 |
| | | | | |
| Affiliate contributions | | 40,000 | 230,000 | 185,000 |
| | | | | |
| Weekly Cash flow | (100,263) | (99,691) | 3,457 | 635,251 |
| | | | | |
| Rolling Cash Balance | | | | |
| Beginning Cash | 211,834 | 111,571 | 11,880 | 15,337 |
| Weekly Cash Flow | (100,263) | (99,691) | 3,457 | 635,251 |
| Week Ending Cash Balance | 111,571 | 11,880 | 15,337 | 650,589 |