| COMBINED | | | | |
|---|---|---|---|---|
| | Week | 18 | 19 | 20 |
| | Ending | 3/17/2023 | 3/24/2023 | 3/31/2023 |
| A/R Collections | | 177,500 | 177,500 | 177,500 |
| Other collections | | - | - | - |
| Total Receipts | | 177,500 | 177,500 | 177,500 |
| | | | | |
| Operating Costs | | | | |
| Payroll | | 124,421 | 124,421 | 124,421 |
| Fuel, tolls and road costs | | 56,000 | 61,000 | 61,000 |
| Insurance | | 27,219 | 27,219 | 27,219 |
| Occupancy | | - | - | - |
| Parts, repairs and supplies | | 43,500 | 43,500 | 43,500 |
| Taxes and licenses | | 4,106 | 4,106 | 4,106 |
| CAPEX | | - | - | - |
| Other | | 9,640 | 9,640 | 9,640 |
| Mike Albert, Ltd. | | 25,000 | 25,000 | 25,000 |
| Intercompany Transfers | | | | |
| Total Operating Costs | | 289,886 | 294,886 | 294,886 |
| | | | | |
| Total BK and Other costs | | | | |
| Professional Fees | | 50,000 | 50,000 | 50,000 |
| UST fees | | - | - | - |
| | | 50,000.00 | 50,000.00 | 50,000.00 |
| | | | | |
| Affiliate contributions | | 10,000 | 13,000 | 75,000 |
| | | | | |
| Weekly Cash flow | | (152,386) | (154,386) | (92,386) |
| | | | | |
| Rolling Cash Balance | | | | |
| Beginning Cash | | 403,089 | 250,703 | 96,318 |
| Weekly Cash Flow | | (152,386) | (154,386) | (92,386) |
| Week Ending Cash Balance | | 250,703 | 96,318 | 3,932 |