Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NGV GLOBAL GROUP, INC., *et al.*,[1] | § | Case No. 22-42780-MXM-11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

**STIPULATION OF DEBTORS AND FIRSTCAPITAL BANK OF TEXAS, N.A.
REGARDING FINAL ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR
ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH
COLLATERAL AND GRANTING ADEQUATE PROTECTION**

Pursuant to paragraph 16 of the *Final Order Granting Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Granting Adequate Protection* [Docket No. 105] (the "Cash Collateral Order")[2], NGV Global Group, Inc. ("NGV Global"), Natural Gas Vehicles Texas, Inc. ("NGV Texas"), Natural Gas Supply, LLC ("NGS"), and Natural Gas Logistics Inc. ("NGL", and collectively with NGV Global, NGV Texas, and NGS, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: NGV Global Group, Inc. (9723), Natural Gas Vehicles Texas, Inc. (8676), Natural Gas Supply, LLC (4584) and Natural Gas Logistics Inc. (5403).

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Cash Collateral Order.

"Debtors"), as debtors and debtors-in-possession, and FirstCapital Bank of Texas, N.A. (the "Bank") hereby stipulate and agree as follows:

1. Paragraph 16 of the Cash Collateral Order provides for termination of the Debtors' right to use Cash Collateral on March 31, 2023, unless extended by agreement.

2. The Debtors and the Bank hereby agree to the extension of the Debtors' right to use Cash Collateral pursuant to the terms of the Cash Collateral Order until further Order of the Court.

3. The Debtors and the Bank agree that the deadline as provided in paragraph 13 of the Cash Collateral Order regarding the sale of LNG tanks is extended through and including June 30, 2023.

4. The Debtors hereby agree that they will use their best efforts to seek Court approval to sell, on or before June 30, 2023, at least sixty (60) of the school busses that serve as collateral for Debtors' obligations to the Bank, and to pay the net proceeds of such sale(s) (after payment of *ad valorem* taxes and costs of sale) to the Bank towards satisfaction of such obligations.

5. The Bank hereby agrees to the Budget attached hereto as **Exhibit "A,"** which includes (a) an adequate protection payment to the Bank of $15,000 on or about April 25, 2023, (b) an adequate protection payment to Mitsubishi HC Capital America, Inc. of $10,000 on or about April 1, 2023, and (c) adequate protection payments to Ford Motor Credit Company LLC ("Ford") of $38,733.33 on or about April 20, 2023 and April 25, 2023.

6. The Bank hereby agrees to Subsequent Budgets which include monthly adequate protection payments to the Bank of $15,000 and to Ford of $38,733.33.  Except as provided herein, Subsequent Budgets shall be subject to the terms of the Cash Collateral Order.

(Remainder of page intentionally left blank)

Dated: March 22, 2023

**Stipulated and Agreed:**

| | |
|---|---|
| /s/ Lynda L. Lankford<br>Jeff P. Prostok<br>State Bar No. 16352500<br>Lynda L. Lankford<br>State Bar No. 11935020<br>Dylan T.F. Ross<br>State Bar No. 24104435<br>FORSHEY & PROSTOK, L.L.P.<br>777 Main Street, Suite 1550<br>Fort Worth, Texas 76102<br>Phone: (817) 877-8855<br>Fax: (817) 877-4151<br>jprostok@forsheyprostok.com<br>llankford@forsheyprostok.com<br>dross@forsheyprostok.com<br><br>ATTORNEYS FOR THE DEBTORS<br>AND DEBTORS-IN-POSSESSION | /s/ C. Jared Knight<br>C. Jared Knight<br>State Bar No. 00794107<br>Bailey Hartman<br>State Bar No. 24125916<br>Cathy B. Miller<br>State Bar No. 00790317<br>MORGAN WILLIAMSON, L.L.P.<br>701 S. Taylor, Suite 324<br>Amarillo, TX  79101<br>(806) 358-8116 Telephone<br>(806) 350-7642 Fax<br>jknight@mw-law.com<br>bbartman@mw-law.com<br>cmiller@mw-law.com<br><br>ATTORNEYS FOR FIRSTCAPITAL BANK<br>OF TEXAS, N.A. |

L:\JPROSTOK\Natural Gas Logistics, Inc. (NGV Global) #6321 WO\Pleadings\Stipulation on Cash Collateral Order 3.21.23.docx

# Exhibit A

| COMBINED | | | | | | |
|---|---|---|---|---|---|---|
| | Week | 21 | 22 | 23 | 24 | 25 |
| | Ending | 4/7/2022 | 4/14/2022 | 4/21/2022 | 4/28/2022 | 5/5/2022 |
| A/R Collections | | 691,984 | 73,171 | 210,692 | 116,023 | 691,984 |
| Other collections | | 46,562 | 1,647 | - | - | 46,562 |
| Total Receipts | | 738,546 | 74,818 | 210,692 | 116,023 | 738,546 |
| | | | | | | |
| Operating Costs | | | | | | |
| Payroll | | 120,000 | 370,000 | 120,000 | 370,000 | 120,000 |
| Fuel, tolls and road costs | | 11,500 | 41,651 | 1,500 | 65,500 | 11,500 |
| Insurance | | - | - | - | 124,219 | - |
| Occupancy | | - | - | - | 64,157 | - |
| Parts, repairs and supplies | | - | - | - | 57,500 | - |
| Taxes and licenses | | - | - | - | 4,106 | - |
| CAPEX | | | | | | |
| Other | | - | - | - | 9,640 | - |
| Mike Albert, Ltd. | | - | - | - | 25,000 | - |
| Intercompany Transfers | | - | - | - | - | - |
| Total Operating Costs | | 131,500 | 411,651 | 121,500 | 720,122 | 131,500 |
| | | | | | | |
| Total BK and Other costs | | | | | | |
| Professional Fees | | - | - | - | 50,000 | - |
| Ford Adequate Protection | | - | - | 38,733 | 38,733 | - |
| Mitsubishi Adequate Protection | | 10,000 | - | - | - | - |
| FCB Adequate Protection | | - | - | - | 15,000 | - |
| UST fees | | - | 37,091 | - | - | - |
| | | 10,000.00 | 37,091.28 | 38,733.33 | 103,733.33 | - |
| | | | | | | |
| Affiliate contributions | | - | - | - | 360,000 | - |
| | | | | | | |
| Weekly Cash flow | | 597,046 | (373,925) | 50,458 | (347,832) | 607,046 |
| | | | | | | |
| Rolling Cash Balance | | | | | | |
| Beginning Cash | | 238,223 | 835,270 | 461,345 | 511,804 | 163,972 |
| Weekly Cash Flow | | 597,046 | (373,925) | 50,458 | (347,832) | 607,046 |
| Week Ending Cash Balance | | 835,270 | 461,345 | 511,804 | 163,972 | 771,018 |