# Balance Sheet

NGV Global Group, Inc.
As of February 28, 2023

| Account | Feb 28, 2023 |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| **Cash and Cash Equivalents** | |
| FCB Business 3827 | 0.01 |
| First Capital Bank of Texas | 10.00 |
| MapleMark Business Checking | 624.71 |
| Origin Business Checking 7942 | 221.00 |
| TD Ameritrade Pledged Account | 103.78 |
| **Total Cash and Cash Equivalents** | **959.50** |
| Accounts Receivable | 1,350.00 |
| Contractor Advances | 22,000.00 |
| Due from Shareholder | 5,220,769.07 |
| Parts Inventory | 4,792.07 |
| Prepayments | 195,676.91 |
| Vehicle Inventory | 2,887,940.52 |
| **Total Current Assets** | **8,333,488.07** |
| **Intercompany Accounts** | |
| I/C Due To / Due Fr HR & Admin/Global | 15,201,295.85 |
| I/C Due To / Due Fr Int Veh/Global | (100,810.00) |
| I/C Due to / Due Fr NGL/Global | 4,264,043.29 |
| I/C Due to / Due Fr NGL/NGVT | (38,204.94) |
| I/C Due To / Due Fr NGS RE Holding/Global | 32,800.36 |
| I/C Due To / Due Fr NGS/Global | 1,671,345.34 |
| I/C Due to / Due Fr NGVT/Global | 3,544,049.48 |
| I/C Due To / Due Fr Wing/Global | (16,560.90) |
| I/c Due To / Fr DDVI / Global | 240,205.00 |
| I/C Due To / Fr DDVII/Global | 27,573.61 |
| I/C Due To / Fr Far NW Dallas Dev/Global | (410,000.00) |
| I/C Due To / Fr ISVL/Global | 8,717.44 |
| I/C Suspense Acct | 7,600.00 |
| **Total Intercompany Accounts** | **24,432,054.53** |
| **Fixed Assets** | |
| Equipment and machinery | 325,100.00 |
| Leasehold improvements | 3,095,240.08 |
| Less Accumulated Amortization | (1,009,250.64) |
| Less Accumulated Depreciation | (395,921.78) |
| Office Equipment | 111,737.53 |
| Vehicles and Transportation Equipment | (108,800.00) |
| **Total Fixed Assets** | **2,018,105.19** |
| **Long Term Assets** | |
| Construction in progress | 394,920.85 |
| Deferred Tax Asset | 2,695,055.00 |
| Escrow deposits | 29,000.00 |
| Investment - Natural Gas Real Estate Holdings, Inc. | 1,050,000.00 |
| Investment - NGV Logistics, Inc. | 42,000.00 |
| Investment - NGV Texas, Inc. | 93,500.00 |
| Right of use asset | 7,569,380.00 |
| **Total Long Term Assets** | **11,873,855.85** |
| **Total Assets** | **46,657,503.64** |
| **Liabilities and Equity** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | 1,182,316.18 |
| Accrued interest payable | 11,838.27 |
| Capitalized Lease Obligation - Current | 1,256,041.73 |
| Deferred Tax Liability | (1,467,123.00) |
| Due from Far NW Dallas Dev. II LLC | 3,366,873.88 |
| Due from North Dallas Development, LLC | (31,050.00) |
| Due to Northwest Dallas Development I, LLC | 1,522,550.00 |
| Due to Shareholder(s) | 5,855,808.17 |
| Payable to Comdata | (161,746.11) |

# Balance Sheet

NGV Global Group, Inc.
As of February 28, 2023

| Account | Feb 28, 2023 |
|---|---|
| Rounding | (56.00) |
| Sales Tax | (1,193.47) |
| **Total Current Liabilities** | **11,534,259.65** |
| **Long Term Liabilities** | |
| Capitalized Lease Obligation - Non Current | 5,559,051.43 |
| MapleMark Bank Loan | 2,529,937.50 |
| Note Payable - FCB (NGV GG) | 1,643,888.26 |
| Note Payable - Friendly Cheverolet Financing | 1,270,254.73 |
| Note Payable - Olathe F650s Financing | 1,306,760.00 |
| **Total Long Term Liabilities** | **12,309,891.92** |
| **Total Liabilities** | **23,844,151.57** |
| **Equity** | |
| Common Stock (NGV Global) | 2,000.00 |
| Current Year Earnings | (313,546.73) |
| Paid-in capital in excess of par | 1,148,804.24 |
| Retained Earnings | 21,976,094.56 |
| **Total Equity** | **22,813,352.07** |
| **Total Liabilities and Equity** | **46,657,503.64** |

*Notes:*
 *Amounts are unaudited and per the Company's internal accounting records.*
 *I/C balances are unverified and may not balance between entities.*
 *I/C asset accounts have been separated out from current assets.*

# Income Statement (Profit and Loss)

NGV Global Group, Inc.
For the month ended February 28, 2023

| Account | Feb 2023 |
|---|---|
| **Gross Profit** | **0.00** |

### Operating Expenses

| | |
|---|---|
| Bank Service Charges | 95.00 |
| Consulting & Accounting | 6,894.56 |
| Depreciation | 20,230.45 |
| General Expenses | 885.40 |
| Note Interest Expense | 6,943.80 |
| Penalties and Fines | 49.98 |
| Rent | 43,814.06 |
| Telephone & Internet | 13,102.98 |
| Utilities | 7,602.03 |
| **Total Operating Expenses** | **99,618.26** |
| **Operating Income** | **(99,618.26)** |
| **Net Income** | **(99,618.26)** |

*Notes:*

*Amounts are unaudited and per the Company's internal accounting records.*

*Part 7(a) - Payments for prepetition insurance policies and related agreements continue to be made postpetition in the ordinary course of business*

*MOR Part 7 (c and g) Debtor entities routinely pay affiliate entities for allocable share of overhead and employee expenses; debtors have obtained and repaid short-term affiliate loans in the ordinary course of business to meet operating expenses.*

# FirstCapitalBank of Texas
*You above all.*

NGV GLOBAL GROUP INC

Customer Number:XXXXXXXX0674

3900 SOUTH SONCY   AMARILLO, TEXAS   79119

ADDRESS SERVICE REQUESTED

>002296 3105683 0001 92227 10Z

01560028
Q302

NGV GLOBAL GROUP INC
FARROUKH ZAIDI
10733 SPANGLER RD
DALLAS TX 75220-7101

## Managing Your Accounts



| | | |
|---|---|---|
| 🏛 | Branch Name | LBJ Freeway Branch |
| | Mailing Address | 5580 LBJ Freeway Ste. 100 Dallas, TX 75240 |
| 💻 | Website | FCBTexas.com |
| ✉ | Email | customerservice@fcbtexas.com |
| 👤 | Phone | 844-FCB-TEXAS 844-322-8392 |



# Happy Easter!

Please remember, TellerConnect services will be closed
**Sunday, April 9, 2023** in observance of the Easter holiday.

FCBTexas.com | 844.322.8392

## Summary of Accounts



Managing your accounts at FirstCapital has never been so easy! With online banking you can check balances, make transfers between accounts, pay bills online and so much more! Take control of your banking, enroll today at fcbtexas.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| 1ST COMMERCIAL CKING | XXXXXXXXX0674 | $10.00 |


Member FDIC

# IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON YOUR PERSONAL ACCOUNT

Telephone us at 844-FCB-TEXAS (844-322-8392) or write us at:

> FirstCapital Bank of Texas, N.A.
> Attn: Deposit Operations
> P.O. Box 51740
> Amarillo, TX 79159

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

| | |
|---|---|
| **YOUR BALANCE** SHOWN ON THIS STATEMENT | $ _____ |
| **ADD + (IF ANY)** DEPOSITS NOT SHOWN ON THIS STATEMENT | $ _____ |
| **TOTAL** | $ _____ |
| **SUBTRACT – (IF ANY)** CHECKS OUTSTANDING | $ _____ |
| **BALANCE** | $ _____ |

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT ON YOUR PERSONAL ACCOUNT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
(1) Your name and account number.
(2) Tell us the dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.
PLEASE EXAMINE THIS STATEMENT AT ONCE.
If no error is reported within 60 days, the account will be considered correct.
PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.

CSTMTADV 1071 0001 126 07 20238301 PG 1 OF 5
05560028   46264513.2   0-0



**FirstCapitalBank** *of* **Texas**
*You above all.*

3900 SOUTH SONCY  AMARILLO, TEXAS  79119

**Statement Ending 02/28/2023**

NGV GLOBAL GROUP INC
Customer Number:XXXXXXXX0674

*Page 3 of 6*



# Stay Informed of Important Updates!

Stay informed by ensuring your contact information is up to date within Online Banking. Log into Online Banking to edit your profile information such as your email address and phone number. If you've moved, you can also complete a **Change of Address** form on our website.



**FCBTexas.com | 844.FCBTEXAS | Member FDIC**

## 1ST COMMERCIAL CKING-XXXXXXXX0674

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2023 | Beginning Balance | $3,000.00 |
| | 8 Credit(s) This Period | $190,216.33 |
| | 10 Debit(s) This Period | $193,206.33 |
| 02/28/2023 | Ending Balance | $10.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 02/06/2023 | Business Online Transfer from | $7,000.00 |
| 02/06/2023 | Business Online Transfer from | $10,000.00 |
| 02/06/2023 | Business Online Transfer from | $78,564.04 |
| 02/06/2023 | Business Online Transfer from | $88,135.00 |
| 02/08/2023 | Business Online Transfer from | $416.00 |
| 02/09/2023 | Business Online Transfer from | $521.95 |
| 02/13/2023 | Business Online Transfer from | $4,879.34 |
| 02/17/2023 | MERCHANT DEP0SIT | $700.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 02/06/2023 | Outgoing Wire OSI 2001 Manana Dr. LLC | $28,514.06 |
| 02/06/2023 | Outgoing Wire OSI 10737 Spangler Rd. Li | $59,620.31 |
| 02/06/2023 | Business Online Transfer to | $78,564.04 |
| 02/07/2023 | Public Storage I RENTAL | $166.00 |
| 02/08/2023 | QUARTERLY FEE PAYMENT 0000 | $250.00 |
| 02/09/2023 | ATMOS ENERGY RCR UTIL PYMT | $522.58 |
| 02/15/2023 | TARA ENERGY LLC DEBITDEBIT XXXXX0129 | $4,879.34 |
| 02/21/2023 | Business Online Transfer to | $690.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1589 | 02/03/2023 | $10,000.00 | 1591* | 02/07/2023 | $10,000.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/03/2023 | -$7,000.00 | 02/07/2023 | -$165.37 | 02/09/2023 | $0.00 |
| 02/06/2023 | $10,000.63 | 02/08/2023 | $0.63 | 02/13/2023 | $4,879.34 |

# 1ST COMMERCIAL CKING-XXXXXXXX0674 (continued)

**Daily Balances (continued)**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/15/2023 | $0.00 | 02/17/2023 | $700.00 | 02/21/2023 | $10.00 |

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $280.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $70.00 |

NGV GLOBAL GROUP, LLC | Case 22-42780-mxm11 | Doc 253-1 X067 Filed 04/06/23 | Entered 04/06/23 00:47:35 | Desc Page 6 of 6

Attachment    Page 8 of 14

CSTMTADV 1071 0001 126 07 20235801 PG 3 OF 5
46246513.2    0-0
00560020

THIS PAGE LEFT INTENTIONALLY BLANK



## FirstCapital Bank of Texas
*You above all.*

**3900 SOUTH SONCY   AMARILLO, TEXAS  79119**

**ADDRESS SERVICE REQUESTED**

>001611 3097140 0001 92227 10Z

00079353
Q302

NGV GLOBAL GROUP INC
10733 SPANGLER RD
DALLAS TX 75220-7101

### Statement Ending 02/28/2023

NGV GLOBAL GROUP INC                                     Page 1 of 4
Customer Number:XXXXXXXX3827

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | LBJ Freeway Branch |
| | Mailing Address | 5580 LBJ Freeway<br>Ste. 100<br>Dallas, TX 75240 |
| 💻 | Website | FCBTexas.com |
| ✉ | Email | customerservice@fcbtexas.com |
| 👤 | Phone | 844-FCB-TEXAS<br>844-322-8392 |

# Happy Easter!

Please remember, TellerConnect services will be closed
**Sunday, April 9, 2023** in observance of the Easter holiday.

FCBTexas.com | 844.322.8392

## Summary of Accounts



Managing your accounts at FirstCapital has never been so easy! With online banking you can check balances, make transfers between accounts, pay bills online and so much more! Take control of your banking, enroll today at fcbtexas.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| 1ST COMMERCIAL CKING | XXXXXXXX3827 | $0.01 |



Member
**FDIC**

# IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON YOUR PERSONAL ACCOUNT

Telephone us at 844-FCB-TEXAS (844-322-8392) or write us at:

FirstCapital Bank of Texas, N.A.
Attn: Deposit Operations
P.O. Box 51740
Amarillo, TX 79159

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

| | | CHECKS OUTSTANDING | |
|---|---|---|---|
| **THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT** | | NO. | AMOUNT |
| | | | |
| | | | |
| **YOUR BALANCE** SHOWN ON THIS STATEMENT | $ _____ | | |
| | | | |
| **ADD + (IF ANY)** DEPOSITS NOT SHOWN ON THIS STATEMENT | $ _____ | | |
| | | | |
| **TOTAL** | $ _____ | | |
| | | | |
| **SUBTRACT - (IF ANY)** CHECKS OUTSTANDING | $ _____ | | |
| | | | |
| **BALANCE** | $ _____ | | |
| | | | |
| SHOULD AGREE WITH YOUR CHECK BOOK BALANCE | | | |
| | | TOTAL | |

# IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT ON YOUR PERSONAL ACCOUNT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
    (1) Your name and account number.
    (2) Tell us the dollar amount of the suspected error.
    (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.
          PLEASE EXAMINE THIS STATEMENT AT ONCE.
          If no error is reported within 60 days, the account will be considered correct.
          PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.

CSHMTADV 1071 0001 127 07 29230501 PG 1 OF 2
00079303        46242843.2    0-0



**FirstCapitalBank** *of* Texas
*You above all.*

3900 SOUTH SONCY   AMARILLO, TEXAS  79119

*Statement Ending 02/28/2023*

NGV GLOBAL GROUP INC                                          *Page 3 of 4*
Customer Number:XXXXXXXX3827



# Stay Informed of Important Updates!

Stay informed by ensuring your contact information is up to date within Online Banking. Log into Online Banking to edit your profile information such as your email address and phone number. If you've moved, you can also complete a **Change of Address** form on our website.

**FCBTexas.com | 844.FCBTEXAS | Member FDIC**

## 1ST COMMERCIAL CKING-XXXXXXXX3827

### Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/2023 | **Beginning Balance** | **$0.01** |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 02/28/2023 | **Ending Balance** | **$0.01** |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |

CSTMTADV 1071 0001 127 07 20230301 PG 2 OF 2    46242845.2    0-0
00079305

THIS PAGE LEFT INTENTIONALLY BLANK

# CHASE <img src="chase" />

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

February 01, 2023 through February 28, 2023

Account Number: ███████ **7383**



 իցելելիցիկիլիիրցելելիկիկիիիլիցիկիցիլիկիիիլիիլիիիՈւէԱՈւՈւ

00001513 DRE 201 142 06223 NNNNNNNNNNN T 1 000000000 D2 0000
NGV GLOBAL GROUP, INC.
DBA NGV GLOBAL GROUP INC
10733 SPANGLER RD
DALLAS TX 75220-7101

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |

## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 ACH Payments Monthly Fee, and you'll only pay when you use the services.

Here's how the fees will change:

**Starting March 1:**
No monthly fee for ACH Payment Services

**For standard ACH Payments - Transaction fees will change to:**
First 10 payments each month: $2.50 each
After that, each payment costs $0.15 each

Transaction fees for Real Time Payments and Same Day ACH will not change.

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 1 | 95.00 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **2** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | Online Transfer From Chk ...5287 Transaction#: ███████ | $95.00 |
| **Total Deposits and Additions** | | **$95.00** |



February 01, 2023 through February 28, 2023
Account Number: ████████7383

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/03 | Service Charges For The Month of January | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 02/03 | -$95.00 |
| 02/10 | 0.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00**  Will be assessed on 3/3/23 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Subtotal Other Service Charges (Will be assessed on 3/3/23)** | | | | | **$95.00** |
| **ACCOUNT** ████7383 | | | | | |
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**