**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | CHAPTER 11 CASES |
|  | ) |  |
| NGV GLOBAL GROUP, INC., et al.[1] | ) | CASE NO. 22-42780-MXM-11 |
|  | ) |  |
|  | ) | (Jointly Administered) |
| DEBTORS | ) |  |

**DECLARATION OF BRIAN L. BROWN IN SUPPORT OF
AWARD OF CONTEMPT SANCTIONS TO MIKE ALBERT LTD.**

I, Brian L. Brown, on this 7th day of April, 2023, hereby declare and state as follows:

1.     I am Chief Operating Officer of Mike Albert, Ltd. ("MAL"). I am over the age of 18 and authorized to make this Declaration on behalf of MAL in conjunction with its Motion to Hold Debtors and Farrouhk Zaidi in Contempt. The statements contained herein are true and correct to the best of my personal knowledge and belief, and if called to testify in this matter, I would competently testify thereto.

2.     In my role as Chief Operating Officer, I am familiar with the record keeping practices of MAL and its affiliates, including procedures and practices relating to accounting for the receipt of payments, charges made to customer accounts and the calculation of balances due on customer accounts. In addition, I am specifically familiar with the status of the Debtors' return of the Vehicles that are subject to the leases between MAL and Natural Gas Supply, LLC and Natural Gas Logistics, Inc.

---

[1] 1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: NGV Global Group, Inc. (9723), Natural Gas Vehicles Texas, Inc. (8676), Natural Gas Supply, LLC (4584) and Natural Gas Logistics Inc. (5403).

3.    I submit this Declaration pursuant to this Court's *Order Granting in Part Mike Albert Ltd.'s Renewed Motion to Hold Debtors and Farroukh Zaidi in Contempt* entered herein on March 31, 2023 [Doc. 240]("Order"). Capitalized terms not otherwise defined in this Declaration are intended to have the meanings assigned to them in the Order.

4.    Specifically, this Declaration will provide below: (a) the costs and expenses that MAL has incurred on or after March 1, 2023 through April 6. 2023 to retrieve the Vehicles that the Debtors did not return to the Designated Locations by February 28, 2023 (the "Retrieval Costs"); and (b) for each Vehicle that the Debtors continued to use on or after March 1, 2023, a daily rental charge from March 1, 2023 until such Vehicle was returned to the Designated Locations or retrieved by MAL ("Rental Charges").

5.    I first note that the Retrieval Costs and Rental Charges set forth in this Declaration are current as of April 6, 2023. **As of that date, the Debtors still had not returned, and continue to use nine (9) Vehicles.** In light of MAL's perception that Debtors' financial condition is deteriorating, MAL submits this Declaration, and the Declarations of Robert G. Sanker and Patrick Lynch, now without prejudice to supplementing its submissions when the Debtors have fully complied with the Court's Order "to immediately return all Vehicles to the Designated Locations".

6.    Attached hereto as Exhibit A is a list of Retrieval Costs as of April 6, 2023 that MAL has incurred, or anticipates that it will incur. These Retrieval Costs consist of (a) charges actually incurred by MAL to tow Vehicles that the Debtors surrendered but did not return to the Designated Locations as required by the Order, which towing charges will be charged by the auction company against the auction proceeds, and (b) anticipated towing charges for the Vehicles that the Debtors have surrendered, but MAL has not yet been able to arrange to be towed to the Designated Locations. Vehicles on Exhibit A that show a towing charge of $0 are Vehicles that

2

the Debtors returned to one of the Designated Locations themselves, as required by the Order. The

total Retrieval Costs incurred or anticipated by MAL as of April 6, 2023 is **$20,700**.

7.      Attached hereto as Exhibit B is a list of Rental Charges[2] for all Vehicles that were

used by the Debtors on or after March 1, 2023, through the date that (a) such Vehicle was returned

to one of the Designated Locations; or (b) MAL received the purchase price for such Vehicle by a

private sale to the Debtors, an affiliate of the Debtors or a third party identified by the Debtors.

The total Rental Charges incurred by MAL as of April 6, 2023, for Vehicles that were used by the

Debtors after March 1, 2023, but have been surrendered, returned or purchased is **$151,438**.

8.      MAL calculated the Rental Charge for each Vehicle on Exhibit B from March 1,

2023, until (a) the date that MAL received the purchase price for the Vehicle, or (b) the Vehicle

was checked in at one of the Designated Locations. For example, a Vehicle that was returned to a

Designated Location on March 15, 2023, or for which MAL received the purchase price on March

15, 2023, would incur a Rental Charge for 14 days.

9.      Attached hereto as Exhibit C is a list of nine (9) Vehicles that the Debtors have not

surrendered, returned or purchased, **and continue to use**. For each of these Vehicles, the Debtors

advised MAL that they have identified third party purchasers for the Vehicles, but as of April 6,

2023, those purchasers have not purchased the Vehicles and the Debtors have not returned them

to the Designated Locations.  Exhibit C reflects the Rental Charges on these Vehicles through

April 6, 2023.  The total Rental Charges for these Vehicles as of April 6, 2023, is **$47,989**, and

will continue to accrue at the rates indicated on Exhibit C until the Debtors return these Vehicles

to the Designated Locations or the proposed purchasers purchase those Vehicles.

---

[2] The Rental Charges for all Vehicles reflected in this Declaration are calculated using the daily rate set forth for
each Vehicle in Exhibit 7 that was admitted into evidence at the March 23, 2023 hearing on MAL's Renewed
Motion for Contempt ("Hearing").

3

10.    Vehicles listed on Exhibits B or C are <u>not</u> all of the Vehicles that the Debtors did not return to the Designated Locations by February 28, 2023. MAL has included on Exhibits B and C <u>only</u> Vehicles that (i) were not returned to the Designated Locations by February 28, 2023; <u>and</u> (ii) MAL has direct evidence that the Debtors continued to use those Vehicles on and after March 1, 2023, or the Debtors have indicated to MAL that they intended to arrange for the purchase of those Vehicles so that they could continue to use them in their business. Accordingly, Vehicles listed on Exhibits B or C are:

(a)    Vehicles that MAL sold after March 1, 2023 by private sale to an affiliate of the Debtors or a third party purchaser identified by the Debtors;

(b)    Vehicles that the Debtors have expressed to MAL after March 1, 2023, an intent to or interest in purchasing;

(c)    Vehicles that MAL could determine were actually used on or after March 1, 2023, by reference to Samsara telematics data.

11.    Attached as <u>Exhibit D</u> are four (4) Vehicles that were among the five (5) Vehicles identified by the Debtors at the Hearing as stolen[3]. The Court's Order required the Debtors to file and provide to MAL copies of police reports and insurance claims for the Stolen Vehicles. Debtors provided copies of filed police reports on March 29, 2023, **but have not provided copies of filed insurance claims for the Stolen Vehicles as of the date of this Declaration**. Exhibit D reflects the Rental Charges on the four (4) remaining Stolen Vehicles from March 1, 2023, through April 6, 2023. The total Rental Charges for these Stolen Vehicles as of April 6, 2023, is **$22,644**, and will continue to accrue at the rates indicated on Exhibit C until Debtors provide to MAL copies of insurance claims that have actually been filed with their insurer.

---

[3] The Debtors identified five (5) Vehicles as stolen. On March 30, 2023, the Debtors advised MAL that one of those Vehicles had been found, and advised MAL of the location where that found Vehicle could be retrieved.

12.    To summarize, as of April 6, 2023, the Retrieval Costs and Rental Charges as of April 6, 2023 are:

| | |
|---|---|
| Retrieval Costs: | $20,700 |
| Rental Charges for Vehicles that were Surrendered, Returned or Sold: | $ 151,438 |
| Rental Charges for Vehicles that have not been Surrendered, Returned or Sold: | $47,989 |
| Rental Charges for Stolen Vehicles for which no insurance claim has been filed: | $22,644 |
| **Total:** | **$242,771** |

13.    As explained above, the total Rental Charge that continues to accrue for Vehicles that the Debtor **continues to use** from and after April 6, 2023, is $1,297 per day.  The total Rental Charge for the Stolen Vehicles for which the Debtor **has not filed an insurance claim** is $612 per day until the Debtors provide to MAL copies of the filed insurance claims..

*[Signature Page Follows]*

5

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the statements in the foregoing Declaration are true and correct.

*Brian L. Brown*
_____
Brian L. Brown

12497995.2

6

# **EXHIBIT A**

**EXHIBIT A—RETRIEVAL COSTS**

| VIN | Year | Make | Model | Total Charges: | Notes | Anticipated Charges | Notes |
|---|---|---|---|---|---|---|---|
| 118796X1 | 2017 | Trailer | Quantum | | | $2,000 | tow |
| 1FDNF6AN2NDF08919 | 2022 | FORD | F650 SUPER | $0 | NGV Dropped Off | | |
| 1FDNF6AN6NDF08924 | 2022 | FORD | F650 SUPER | $0 | NGV Dropped Off | | |
| 1FDNF6AN8NDF08925 | 2022 | FORD | F650 SUPER | $0 | NGV Dropped Off | | |
| 1FDNF6AN9NDF08917 | 2022 | FORD | F650 SUPER | $0 | NGV Dropped Off | | |
| 1FDNF6ANXNDF08912 | 2022 | FORD | F650 SUPER | $0 | NGV Dropped Off | | |
| 1FDNX6AN1NDF05278 | 2022 | FORD | F650 SUPER | $0 | NGV Dropped Off | | |
| 1FDNX6AN1NDF05281 | 2022 | FORD | F650 SUPER | $0 | NGV Dropped Off | | |
| 1FDNX6AN2NDF05273 | 2022 | FORD | F650 SUPER | $0 | NGV Dropped Off | | |
| 1FDNX6ANXNDF05277 | 2022 | FORD | F650 SUPER | $0 | NGV Dropped Off | | |
| 1FUBC5DX6DHFB5121 | 2013 | Freightliner | MAFS116 | | | $400 | tow |
| 1FUBC5DX7DHFB5130 | 2013 | Freightliner | MAFS116 | | | $400 | tow |
| 1FUBGAD90FLFX6743 | 2015 | FRHT | CASCADIA 1 | $0 | NGV Dropped Off | | |
| 1FUBGAD92FLFX6744 | 2015 | FRHT | CASCADIA 1 | $0 | NGV Dropped Off | | |
| 1FUBGAD94ELFP0586 | 2014 | FRHT | CASCADIA 1 | $400 | tow | | |
| 1FUBGAD94FLFX6731 | 2015 | FRHT | CASCADIA 1 | $0 | NGV Dropped Off | | |
| 1FUBGAD94FLFX6745 | 2015 | FRHT | CASCADIA 1 | $0 | NGV Dropped Off | | |
| 1FUBGAD95ELFW1721 | 2014 | FRHT | CASCADIA 1 | $0 | NGV Dropped Off | | |
| 1FUBGAD96FLFX6732 | 2015 | FRHT | CASCADIA 1 | $400 | tow | | |
| 1FUBGAD96FLFX6746 | 2015 | FRHT | CASCADIA 1 | $400 | tow | | |
| 1FUBGAD99FLFX6742 | 2015 | FRHT | CASCADIA 1 | $0 | NGV Dropped Off | | |
| 1FUBGAD9XFLFX6748 | 2015 | FRHT | CASCADIA 1 | $0 | NGV Dropped Off | | |
| 1FUBGBD91ELFV2424 | 2014 | FRHT | CASCADIA 1 | $0 | NGV Dropped Off | | |
| 1FUJGBD90GLHH8349 | 2016 | FRHT | CASCADIA 1 | $400 | tow | | |
| 1FUJGBD91ELFT5473 | 2014 | FRHT | CASCADIA 1 | $400 | tow | | |
| 1FUJGBD91ELFW7968 | 2014 | Freightliner | C1 | | | $400 | tow |
| 1FUJGBD91FLFY2648 | 2015 | FRHT | CASCADIA 1 | $0 | NGV Dropped Off | | |
| 1FUJGBD91GLHH8330 | 2016 | FRHT | CASCADIA 1 | $400 | tow | | |
| 1FUJGBD92FLFY2657 | 2015 | FRHT | CASCADIA 1 | $400 | tow | | |
| 1FUJGBD93ELFW7972 | 2014 | Freightliner | 1296 | | | $400 | tow |

# EXHIBIT B

**EXHIBIT B--TRUCKS RETURNED, RETRIEVED OR PURCHASED**

**Trucks Returned or Retrieved**

| MAFS Unit # | | Make | Model | VIN | Daily Rental Rate | Date Truck Secured | Days from 3/1/23 to Secured Date or Today | Total Rental Payment Due | Notes | Did they Purchase? | 3/1/23-3/24/23 Miles Driven per Samsara |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1028623 | 2015 | Freightliner | Cascadia | 1FUJGBD9XFLFY2650 | $ 133 | 3/28/23 | 27 | $ 3,591 | | | 1,851 |
| 1028622 | 2015 | Freightliner | Cascadia | 1FUJGBD93FLFY2649 | $ 133 | 3/24/23 | 23 | $ 3,059 | | | 938 |
| 1028621 | 2015 | Freightliner | Cascadia | 1FUJGBD91FLFY2648 | $ 133 | 3/28/23 | 27 | $ 3,591 | | | 25 |
| 1038208 | 2016 | Freightliner | Cascadia | 1FUJGBD98GLHH8339 | $ 133 | 3/24/23 | 23 | $ 3,059 | | | 951 |
| 1038084 | 2016 | Freightliner | Cascadia | 1FUJGHD94GLHH8258 | $ 133 | 3/28/23 | 27 | $ 3,591 | | | 2,957 |
| 1038081 | 2016 | Freightliner | Cascadia | 1FUJGHD99GLHH8305 | $ 133 | 3/24/23 | 23 | $ 3,059 | | | 1,984 |
| 1045054 | 2022 | Ford | F-650 | 1FDNX6ANXNDF05277 | $ 153 | 3/31/23 | 30 | $ 4,590 | | | 7 |
| 1047909 | 2022 | Ford | F-650 | 1FDNF6AN8NDF08925 | $ 153 | 3/28/23 | 27 | $ 4,131 | | | 21 |
| 1042207 | 2015 | Freightliner | Cascadia | 1FUBGAD94FLFX6745 | $ 133 | 3/28/23 | 27 | $ 3,591 | | | 5,218 |
| 1042200 | 2015 | Freightliner | Cascadia | 1FUBGAD99FLFX6742 | $ 133 | 3/28/23 | 27 | $ 3,591 | | | 4,138 |
| 1032531 | 2014 | Freightliner | Cascadia | 1FUJGBD95ELFV5760 | $ 133 | 3/24/23 | 23 | $ 3,059 | | | 2,109 |
| 1036990 | 2016 | Kenworth | T6 | 1NKYD39X7GJ116629 | $ 133 | 3/31/23 | 30 | $ 3,990 | | | 107 |
| 1029843 | 2014 | Peterbilt | 337 | 1NPVDH9X9ED237040 | $ 133 | 3/24/23 | 23 | $ 3,059 | | | 2,004 |
| 1044911 | 2016 | Volvo | VNL | 4V5NC9UG4GN929887 | $ 133 | 3/26/23 | 25 | $ 3,325 | | | 5,465 |
| 1034101 | 2014 | Volvo | VNL | 4V5NC9UG5EN147093 | $ 133 | 3/26/23 | 25 | $ 3,325 | | | 4,071 |
| 1043282 | 2016 | Volvo | VNL | 4V5NC9UGXGN929893 | $ 133 | 3/26/23 | 25 | $ 3,325 | | | 2,601 |
| 1042202 | 2015 | Freightliner | Cascadia | 1FUBGAD94FLFX6731 | $ 153 | 3/28/23 | 27 | $ 4,131 | | | 1,966 |
| 1029836 | 2014 | Freightliner | Cascadia | 1FUBGAD95ELFW1721 | $ 133 | 3/28/23 | 27 | $ 3,591 | | | 1 |
| 1037215 | 2016 | Freightliner | Cascadia | 1FUJGBD97GLHH8350 | $ 133 | 3/24/23 | 23 | $ 3,059 | | | 524 |
| 1043280 | 2016 | Volvo | VNL | 4V5NC9UG1GN929894 | $ 133 | 3/24/23 | 23 | $ 3,059 | | | 3,318 |
| 1032529 | 2016 | Kenworth | T6 | 1NKYD39X7GJ488679 | $ 133 | 3/28/23 | 27 | $ 3,591 | | | 1,061 |
| 1034094 | 2014 | Volvo | VNL | 4V5NC9UG0EN147096 | $ 133 | 3/15/23 | 14 | $ 1,862 | | | 216 |
| 1044912 | 2016 | Volvo | VNL | 4V5NC9UGXGN929876 | $ 133 | 3/15/23 | 14 | $ 1,862 | | | 428 |
| 1044916 | 2016 | Volvo | VNL | 4V5NC9UG4GN929873 | $ 133 | 3/15/23 | 14 | $ 1,862 | | | 888 |
| 1038076 | 2016 | Freightliner | Cascadia | 1FUJGHD9XGLHH8278 | $ 133 | 3/15/23 | 14 | $ 1,862 | | | 1,528 |
| 1029558 | 2015 | Freightliner | Cascadia | 1FUJGBD92FLFY2657 | $ 133 | 3/16/23 | 15 | $ 1,995 | | | 312 |
| | | | | | | | Section total: | $ 82,810 | | | |

**Purchased Trucks--Purchase Price Received**

| MAFS Unit # | | Make | Model | VIN | Daily Rental Rate | Date Funded | Days from 3/1/23 to Funding | Total Rental Payment Due | Notes | | 3/1/23-3/24/23 Miles Driven per Samsara |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1047928 | 2022 | Ford | F-650 | 1FDNF6AN1NDF08913 | $ 153 | 3/15/23 | 14 | $ - | Arrived @ auction 2/28/23 | Yes, Funded 3/15/23 | |
| 1040650 | 2021 | Ford | F-650 | 1FDNF6AN0MDF07590 | $ 153 | 3/15/23 | 14 | $ 2,142 | | Yes, Funded 3/15/23 | 5,317 |
| 1047916 | 2022 | Ford | F-650 | 1FDNF6AN0NDF08899 | $ 153 | 3/15/23 | 14 | $ 2,142 | | Yes, Funded 3/15/23 | |
| 1047907 | 2022 | Ford | F-650 | 1FDNF6AN0NDF08918 | $ 153 | 3/15/23 | 14 | $ 2,142 | | Yes, Funded 3/15/23 | |
| 1047910 | 2022 | Ford | F-650 | 1FDNF6AN1NDF08927 | $ 153 | 3/15/23 | 14 | $ 2,142 | | Yes, Funded 3/15/23 | 3,816 |
| 1047908 | 2022 | Ford | F-650 | 1FDNF6AN2NDF08922 | $ 153 | 3/15/23 | 14 | $ 2,142 | | Yes, Funded 3/15/23 | |
| 1047719 | 2022 | Ford | F-650 | 1FDNF6AN2NDF08936 | $ 153 | 3/15/23 | 14 | $ 2,142 | | Yes, Funded 3/15/23 | |
| 1047725 | 2022 | Ford | F-650 | 1FDNF6AN4NDF08923 | $ 153 | 3/15/23 | 14 | $ 2,142 | | Yes, Funded 3/15/23 | |
| 1047919 | 2022 | Ford | F-650 | 1FDNF6AN4NDF08937 | $ 153 | 3/15/23 | 14 | $ 2,142 | | Yes, Funded 3/15/23 | |
| 1047912 | 2022 | Ford | F-650 | 1FDNF6AN5NDF08901 | $ 153 | 3/15/23 | 14 | $ 2,142 | | Yes, Funded 3/15/23 | 0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1047866 | 2022 | Ford | F-650 | 1FDNF6AN5NDF08915 | $ | 153 | 3/15/23 | 14 | $ | 2,142 | Yes, Funded 3/15/23 | |
| 1047715 | 2022 | Ford | F-650 | 1FDNF6AN5NDF08932 | $ | 153 | 3/15/23 | 14 | $ | 2,142 | Yes, Funded 3/15/23 | 1,571 |
| 1047914 | 2022 | Ford | F-650 | 1FDNF6AN6NDF08910 | $ | 153 | 3/15/23 | 14 | $ | 2,142 | Yes, Funded 3/15/23 | |
| 1047915 | 2022 | Ford | F-650 | 1FDNF6AN7NDF08916 | $ | 153 | 3/15/23 | 14 | $ | 2,142 | Yes, Funded 3/15/23 | 3,241 |
| 1047917 | 2022 | Ford | F-650 | 1FDNF6AN7NDF08933 | $ | 153 | 3/15/23 | 14 | $ | 2,142 | Yes, Funded 3/15/23 | |
| 1047911 | 2022 | Ford | F-650 | 1FDNF6AN8NDF08908 | $ | 153 | 3/15/23 | 14 | $ | 2,142 | Yes, Funded 3/15/23 | |
| 1047868 | 2022 | Ford | F-650 | 1FDNF6ANXNDF08893 | $ | 153 | 3/15/23 | 14 | $ | 2,142 | Yes, Funded 3/15/23 | |
| 1047913 | 2022 | Ford | F-650 | 1FDNF6ANXNDF08909 | $ | 153 | 3/15/23 | 14 | $ | 2,142 | Yes, Funded 3/15/23 | 958 |
| 1045052 | 2022 | Ford | F-650 | 1FDNX6AN3NDF05279 | $ | 153 | 3/15/23 | 14 | $ | 2,142 | Yes, Funded 3/15/23 | |
| 1045050 | 2022 | Ford | F-650 | 1FDNX6AN4NDF05274 | $ | 153 | 3/15/23 | 14 | $ | 2,142 | Yes, Funded 3/15/23 | 844 |
| 1029556 | 2015 | Freightliner | Cascadia | 1FUJGBD97FLFY2654 | $ | 133 | 3/22/23 | 21 | $ | 2,793 | Yes, funded 3/22/23 | 1,802 |
| 1042251 | 2015 | Freightliner | Cascadia | 1FUBGAD92FLFX6730 | $ | 133 | 3/22/23 | 21 | $ | 2,793 | Yes, funded 3/22/23 | 2,757 |
| 1029552 | 2014 | Freightliner | Cascadia | 1FUBGAD93ELFW1717 | $ | 133 | 3/22/23 | 21 | $ | 2,793 | Yes, funded 3/22/23 | 4,731 |
| 1042203 | 2015 | Freightliner | Cascadia | 1FUBGAD95FLFX6737 | $ | 133 | 3/22/23 | 21 | $ | 2,793 | Yes, funded 3/22/23 | 4,400 |
| 1042204 | 2015 | Freightliner | Cascadia | 1FUBGAD97FLFX6741 | $ | 133 | 3/22/23 | 21 | $ | 2,793 | Yes, funded 3/22/23 | 6,635 |
| 1028484 | 2016 | Volvo | VNL | 1FUJGBD92GLHE4025 | $ | 133 | 3/22/23 | 21 | $ | 2,793 | Yes, funded 3/22/23 | 4,322 |
| 1029553 | 2015 | Freightliner | Cascadia | 1FUJGBD94FLFY2658 | $ | 133 | 3/22/23 | 21 | $ | 2,793 | Yes, funded 3/22/23 | 4,664 |
| 1028861 | 2015 | Freightliner | 114sd | 1FUJGBD96FLFY2662 | $ | 133 | 3/22/23 | 21 | $ | 2,793 | Yes, funded 3/22/23 | 5,223 |
| 1028620 | 2015 | Freightliner | Cascadia | 1FUJGBD9XFLFY2647 | $ | 133 | 3/22/23 | 21 | $ | 2,793 | Yes, funded 3/22/23 | 3,385 |
| 1042211 | 2014 | Freightliner | Cascadia | 1FUBGAD96ELFP0587 | $ | 133 | 3/22/23 | 21 | $ | 2,793 | Yes, funded 3/22/23 | 2,820 |

**Section total:**    $    68,628

**Total for Trucks Returned, Retrieved or Purchased:**    $    151,438

# **EXHIBIT C**

**EXHIBIT C–TRUCKS STILL BEING USED**

| MAFS Unit # | | Make | Model | VIN | Daily Rental Rate | Date Returned or Funded | Days from 3/1/23 to Return or Funding | Total Rental Payment Due | Notes | 3/1/23-3/24/23 Miles Driven per Samsara |
|---|---|---|---|---|---|---|---|---|---|---|
| 1042201 | 2015 | Freightliner | M2 | 1FVAHFDX5FHGR8341 | $ 153 | | 37 | $ 5,661 | Dealer Sale Pending - Awaiting Funds | 4,559 |
| 1042374 | 2004 | Freightliner | Fl80 | 1FVABXB594HM67039 | $ 153 | | 37 | $ 5,661 | Dealer Sale Pending - Awaiting Funds | |
| 1037212 | 2016 | Freightliner | Cascadia | 1FUJGHD94GLHH8292 | $ 133 | | 37 | $ 4,921 | Dealer Sale Pending - Price Negotiation | |
| 1037217 | 2016 | Freightliner | Cascadia | 1FUJGBD93GLHH8331 | $ 133 | | 37 | $ 4,921 | Dealer Sale Pending - Price Negotiation | 3,101 |
| 1038224 | 2016 | Freightliner | Cascadia | 1FUJGBD9XGLHH8343 | $ 133 | | 37 | $ 4,921 | Dealer Sale Pending - Price Negotiation | 4,920 |
| 1060768 | 2016 | Kenworth | T8 | 1NKDD39X6GJ471211 | $ 133 | | 37 | $ 4,921 | Dealer Sale Pending - Awaiting Funds | |
| 1036985 | 2016 | Kenworth | T6 | 1NKYD39X8GJ116624 | $ 153 | | 37 | $ 5,661 | Stolen-Located | |
| 1023347 | 2017 | Trailer | Quantum | 118796X1 | $ 153 | | 37 | $ 5,661 | Counter offer of $40K | |
| 1041128 | 2014 | Freightliner | M2 | 1FUJGBD93ELFW7972 | $ 153 | | 37 | $ 5,661 | At Hyliion--Awaiting Firm Offer | |
| | | | | | $ 1,297 | | **Section total:** | **$ 47,989** | | |

# **EXHIBIT D**

**EXHIBIT D–STOLEN VEHICLES**

| MAFS Unit # | | Make | Model | VIN | Daily Rental Rate | Date Returned or Claim Filed | Days from 3/1/23 to Return or Filing | Total Rental Payment Due | Notes | 3/1/23-3/24/23 Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| 1039957 | 2013 | Freightliner | M2 | 1FUBC5DX6DHFB5135 | $ 153 | | 37 | $ 5,661 | Stolen | |
| 1042212 | 2015 | Freightliner | Cascadia | 1FUBGAD9XFLFX6734 | $ 153 | | 37 | $ 5,661 | Stolen | |
| 1041042 | 2015 | Freightliner | Cascadia | 1FUJGBD98FLGR9532 | $ 153 | | 37 | $ 5,661 | Stolen | |
| 1040615 | 2015 | Freightliner | Cascadia | 1FUJGBD95FLGV4225 | $ 153 | | 37 | $ 5,661 | Stolen | |
| | | | | | $ 612 | | Section total: | $ 22,644 | | |