John K. Turner
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Fwy, Suite 1000
Dallas, Texas 75207
(214) 880-0089 Telephone
(469) 221-5003 Facsimile

Attorneys for Dallas County

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** § | § | **Chapter 11** |
| **NGV GLOBAL GROUP, INC.,** *et al*, § | § | **Case No. 23-42780** |
| **Debtors.** § | § | **(Jointly Administered)** |

### DALLAS COUNTY'S DESIGNATION OF WITNESSES AND EXHIBITS
### FOR HEARING ON DEBTORS' MOTION TO DISMISS BANKRUPTCY CASES

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE**:

Comes now Dallas County, creditor and party-in-interest, and file this, its Designation of Witnesses and Exhibits in connection with the Objection to Debtors Motion to Dismiss Bankruptcy Cases and may call the following witnesses and introduce the following exhibits in support of its Objection.

### Witnesses

Dallas County may call the following as a witness:

1. Farroukh Zaidi;

2. Any and all witnesses designated and/or called by any party in interest; and/or.

3. Any and all necessary rebuttal and/or impeachment witnesses.

### Exhibits

Dallas County may introduce the following exhibits at the hearing:

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| D1 | Proof of Claim of Dallas County (Claim No 1) (Case 22-42781) | | | | |
| D2 | Proof of Claim of Dallas County (Claim No 14) (Case 22-42781) | | | | |
| D3 | Proof of Claim of Dallas County (Claim No 1) (Case 22-42782) | | | | |
| D4 | Proof of Claim of Dallas County (Claim No 13) (Case 22-42782) | | | | |
| D5 | Schedules (Docket 122) (Case No. 22-42780) | | | | |
| D6 | Statement of Financial Affairs (Docket 123) (Case No. 22-42780) | | | | |
| D7 | Schedules (Docket 28) (Case No. 22-42781) | | | | |
| D8 | Statement of Financial Affairs (Docket 29) (Case No. 22-42781) | | | | |
| D9 | Schedules (Docket 27) (Case No. 22-42782) | | | | |
| D10 | Statement of Financial Affairs (Docket 28) (Case No. 22-42782) | | | | |
| D11 | Dallas Central Appraisal District Notice of Appraised Value - Residential Tax Year 2023 Account No. 00000576604000000 | | | | |
| D12 | Dallas Central Appraisal District Notice of Appraised Value - Residential Tax Year 2023 Account No. 007460005005A0000 | | | | |
| D13 | Dallas Central Appraisal District Notice of Appraised Value - Residential Tax Year 2023 Account No. 00C81200000D00408 | | | | |

Dallas County designates all Exhibits designated and/or called by any party in interest.

Dallas County reserves the right to introduce additional exhibits as may be necessary and appropriate at the hearing as rebuttal evidence.

Dallas County reserves the right to supplement and/or amend the list of witnesses and exhibits.

DATED May 17, 2023.

                                            Respectfully submitted,

                                            Linebarger Goggan Blair & Sampson, LLP
                                            2777 N. Stemmons Fwy, Suite 1000
                                            Dallas, TX 75201
                                            Ph. No. (214) 880-0089
                                            Direct   (469) 221-5125
                                            Fax No. (469) 221-5003
                                            John.turner@lgbs.com

By:    /s/ John K. Turner_____
            John K. Turner
            Texas Bar No. 00788563

                                            ATTORNEYS FOR DALLAS COUNTY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically through the Court's electronic case filing system on this 17th day of May 2023.

                                            /s/ John K. Turner_____
                                            John K. Turner