# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 22-42780 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | NGV GLOBAL GROUP, INC. | | | Date Filed (f) or Converted (c): | 06/12/2023 (c) |
| For the Period Ending: | 04/12/2024 | | | §341(a) Meeting Date: | 07/12/2023 |
| | | | | Claims Bar Date: | 10/10/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 First Capital Bank of Texas Checking account 0 6 7 4 | $0.71 | $0.71 | | $0.00 | FA |
| 2 First Capital Bank of Texas Checking account 3 8 2 7 | $0.01 | $0.01 | | $0.00 | FA |
| 3 TD Ameritrade Pledged Account Savings account | $103.78 | $103.78 | | $0.00 | FA |
| 4 Origin Bank Checking account 7 9 4 2 | $221.00 | $221.00 | | $0.00 | FA |
| 5 MapleMark Bank Checking account 5 3 5 1 | $624.71 | $624.71 | | $0.00 | FA |
| 6 Chase Bank Checking account 7 3 8 3 | $0.00 | $0.00 | | $0.00 | FA |
| 7 Escrow Deposit ANGI | $29,000.00 | $29,000.00 | | $0.00 | FA |
| 8 Retainer - Forshey & Prostok, LLP | $39,345.50 | $39,345.50 | | $0.00 | FA |
| 9 Retainer - First National Capital LLC | $15,000.00 | $15,000.00 | | $0.00 | FA |
| 10 Contractor Advance to Dmitri Tisnoi | $20,000.00 | $20,000.00 | | $0.00 | FA |
| 11 Contractor Advance to Jesue Marquez | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 12 Natural Gas Vehicles Texas, Inc. 100% Cost | Unknown | Unknown | | $0.00 | Unknown |
| 13 Natural Gas Supply, LLC 100% Cost | Unknown | Unknown | | $0.00 | Unknown |
| 14 Natural Gas Vehicles Logistics Inc. 100% Cost | Unknown | Unknown | | $0.00 | Unknown |
| 15 NGV Administrative and Human Resources Inc. 100% Cost | Unknown | Unknown | | $0.00 | Unknown |
| 16 Natural Gas School Bus LLC 100% Cost | Unknown | Unknown | | $0.00 | Unknown |
| 17 Computers, printers, TV, office equipment $15,008.12 Book Value | $15,008.12 | $15,008.12 | | $0.00 | FA |
| 18 Trailers $32,172.78 Book Value | $32,172.78 | $32,172.78 | | $0.00 | FA |
| 19 Chevrolet Truck $34,035.78 Book Value | $34,035.78 | $34,035.78 | | $0.00 | FA |
| 20 CNG Delivery Equipment $126,958.33 Book Value | $126,958.33 | $126,958.33 | | $0.00 | FA |
| 21 Portable field offices $35,821.71 Book Value | $35,821.71 | $35,821.71 | | $0.00 | FA |
| 22 Approx. 4.36 acres located at 2001 Manana Rd., Dallas, TX 75220 2001 Manana Rd Leasehold Interest Unknown | Unknown | $0.00 | | $0.00 | FA |
| 23 Approx. 5.06 acres, located at 10737 Spangler Rd., Dallas, TX 75220 10737 Spangler Rd. Leasehold Interest Unknown | Unknown | $0.00 | | $0.00 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 22-42780 | | | Trustee Name: | Shawn K. Brown |
| --- | --- | --- | --- | --- | --- |
| Case Name: | NGV GLOBAL GROUP, INC. | | | Date Filed (f) or Converted (c): | 06/12/2023 (c) |
| For the Period Ending: | 04/12/2024 | | | §341(a) Meeting Date: | 07/12/2023 |
| | | | | Claims Bar Date: | 10/10/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24  Approx. 9.0 acres, located at 10801 Spangler Rd., Dallas, TX 75220 10801 Spangler Rd. Leasehold Interest Unknown | Unknown | $0.00 | | $0.00 | FA |
| 25  Various Leasehold Improvements Leasehold Improve $5,882,312.47 | Unknown | $0.00 | | $0.00 | FA |
| 26  https://ngvglobalgroup.com Unknown | Unknown | Unknown | | $0.00 | Unknown |
| 27  Federal Income Tax NOL (estimated) Tax year 2022 | $28,500,000.00 | $28,500,000.00 | | $0.00 | $28,500,000.00 |
| 28  Intercompany receivable from Natural Gas Supply, LLC | $1,776,983.91 | $1,776,983.91 | | $0.00 | $1,776,983.91 |
| 29  Intercompany receivable from Natural Gas Vehicles Texas Inc | $3,544,049.48 | $3,544,049.48 | | $0.00 | $3,544,049.48 |
| 30  Intercompany receivable from Natural Gas Vehicles Logistics Inc | $4,581,047.41 | $4,581,047.41 | | $0.00 | $4,581,047.41 |

TOTALS (Excluding unknown value)

| | $38,752,373.23 | $38,752,373.23 | | $0.00 | Gross Value of Remaining Assets $38,402,080.80 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-42780 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | NGV GLOBAL GROUP, INC. | | | Date Filed (f) or Converted (c): | 06/12/2023 (c) |
| For the Period Ending: | 04/12/2024 | | | §341(a) Meeting Date: | 07/12/2023 |
| | | | | Claims Bar Date: | 10/10/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/12/2024   UPDATE 4.12.24- POTENTIAL CHAPTER 5 ACTIONS UNDER REVIEWW BY CPA.  SETTLEMENT MOTION WITH HYLIION INC.PENDING APPROVAL.

.UPDATE 10.23.23--TRUSTEE PROFESSIONALS REVIEWING POTENTIAL CHAPTER 5 ACTIONS.

ASSETS ARE POTENTIAL CARVE OUT FUNDS AND LAWSUIT/CHAPTER 5 RECOVERIES

MAJOR ACTIVITIES:

SECURE PROPERTY
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 7.12.23
CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**Initial Projected Date Of Final Report (TFR):**   12/31/2026            **Current Projected Date Of Final Report (TFR):**            /s/ SHAWN K. BROWN

                                                                                                                                SHAWN K. BROWN